**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter _7_

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Gelesis, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Gelesis

3. **Debtor's federal Employer Identification Number (EIN)**

   2 0 – 4 9 0 9 9 3 3

4. **Debtor's address**

   **Principal place of business**

   501        Boyleston Street
   Number    Street

   Suite 6102

   Boston              MA    02116
   City                State  ZIP Code

   Suffolk County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City        State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City        State  ZIP Code

5. **Debtor's website** (URL)    www.gelesis.com

Debtor    Gelesis, Inc._____     Case number *(if known)*_____
          <sub>Name</sub>

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

     3    3    9    1

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Gelesis, Inc._____    Case number *(if known)*_____
          Name

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

If more than 2 cases, attach a separate list.

☐ Yes.  District _____    When _____    Case number _____
                                        MM / DD / YYYY

         District _____    When _____    Case number _____
                                        MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No        See attached list.

List all cases. If more than 1, attach a separate list.

☑ Yes.  Debtor _____    Relationship _____

         District _____    When _____
                                                              MM / DD / YYYY

         Case number, if known _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____ _____
City                                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**◼ Statistical and administrative information**

| Debtor | Gelesis, Inc. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/30/2023
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Title  Authorized Officer

Yishai Zohar
Printed name

---

Debtor    Gelesis, Inc.
          _____
          Name

Case number (if known) _____

**18. Signature of attorney**    ✗ _Kenneth A. Listwak (signature)_    Date    10/30/2023
                                    Signature of attorney for debtor            MM   / DD  / YYYY

Kenneth A. Listwak
Printed name

Troutman Pepper Hamilton Sanders LLP
Firm name

1313        N. Market Street, Suite 5100
Number      Street

Wilmington                                    DE          19801
City                                          State       ZIP Code

(302) 777-6520                                ken.listwak@troutman.com
Contact phone                                 Email address

6300                                          DE
Bar number                                    State

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Gelesis, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-_____ (___) |

**LIST OF AFFILIATED DEBTORS**

The following affiliates of the Debtor are filing petitions for relief under Chapter 7 of the

Bankruptcy Code contemporaneously with the Debtor:

| Debtor | District | Date of Petition | Relationship to Debtor |
|---|---|---|---|
| Gelesis Holdings, Inc. | Bankr. D. Del. | October 30, 2023 | Parent Company and Sole Shareholder of Debtor |
| Gelesis, LLC | Bankr. D. Del. | October 30, 2023 | Subsidiary |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Gelesis, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT

The above-captioned debtor respectfully submits the following, pursuant to Rule 7007.1(a) of the Federal Rules of Bankruptcy Procedure:

Debtor Gelesis, Inc.'s parent company, Gelesis Holdings, Inc., owns 100% of the Debtor's stock.  Gelesis Holdings, Inc. is a publicly traded company.

## ACTION BY WRITTEN CONSENT OF SOLE DIRECTOR OF GELESIS, INC.

The undersigned being the sole director (the "Sole Director") of Gelesis, Inc. a Delaware corporation (the "Company"), acting in accordance with the provisions of the Delaware General Corporate Law and the terms and conditions of the Thirteenth Amended and Restated Certificate of Incorporation of Gelesis, Inc. (a Delaware corporation) (the "Certificate") and the Amended and Restated By-Laws of Gelesis, Inc. (the "Bylaws"), and that certain Consent in Lieu of a Special Meeting of the Sole Shareholder, dated and effective as of April 30, 2023 (the "Consent") **DOES HEREBY UNANIMOUSLY CONSENT** in writing to the taking of the following actions and **DOES HEREBY ADOPT** the following resolutions (the "Resolutions"):

**WHEREAS**, pursuant to the Article V of Certificate, "[i]n furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized to make . . . the bylaws" of the Company; and

**WHEREAS**, pursuant to Article II, Section 2.1 of the Bylaws, the business and affairs of the Company shall be managed by or under the direction of the Board of Directors, who may exercise all of the powers of the Company except as otherwise provided by law or the Certificate; and

**WHEREAS**, pursuant to Article II, Section 2.14 of the Bylaws, any action permitted to be taken at a meeting of the Board of Directors may be taken without a meeting if all members of the Board of Directors consent to such action in writing or by electronic transmission and the writing or writings or electronic transmission or transmissions are filed with the records of the meets of the Board of Directors; and

**WHEREAS**, pursuant to the Consent, the number of directors who will comprise the whole Board of Directors of the Company is one director; and

**WHEREAS**, pursuant to the Consent, the Sole Director has been appointed to serve as the sole member of the Board of Directors; and

**WHEREAS**, the Company no longer has the ability to pay outstanding liabilities; and

**WHEREAS**, the Sole Director has considered authorizing the filing of a voluntary petition by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (11 U.S.C. §§ 101 – 1532, the "Bankruptcy Code").

### Commencement of Chapter 7 Case

**NOW, THEREFORE, BE IT RESOLVED,** that in the good faith business judgment of the Sole Director, it is in the best interest of the Company and its creditors, employees, stakeholders, and other interested parties, that the Company file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and further

**RESOLVED**, that the Sole Director, any officers of the Company, and any of their respective designees (each, an "Authorized Officer") shall be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company to: (i) execute and verify a voluntary petition for relief under the Bankruptcy Code; and (ii) cause the same to be filed (the "Chapter 7 Case") in the Bankruptcy Court, in such form and at such time as such Officer executing the petition shall determine; and further

**RESOLVED**, that any Authorized Officer shall be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the Chapter 7 Case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds that any Authorized Officer deems necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 7 Case and to protect and preserve all documents, records and assets of the Company pending the appointment of a Chapter 7 trustee; and further

**RESOLVED**, that Yishai Zohar is designated as an Authorized Officer for the purposes of this action by written consent; and further

### Engagement of Professionals

**RESOLVED**, that any Authorized Officer shall be, and each hereby is, authorized and empowered to employ, on behalf of the Company, the law firm of Troutman Pepper Hamilton Sanders LLP to represent the Company as general bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the petition and related forms, schedules, lists, statements and other papers or documents; and further

**RESOLVED**, that any Authorized Officer shall be, and each hereby is, authorized and empowered to employ, on behalf of the Company, such other counsel, financial advisors, or other professionals as may be prudent and desirable in connection with the preparation for the filing of the Chapter 7 Case on such terms and conditions as any Authorized Officer of the Company shall approve; and further

### General Authorization and Ratification

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, certificate, or document has been specifically authorized in advance by resolution of the Manager; and further

**RESOLVED**, that this *Action by Written Consent of the Sole Director of Gelesis, Inc.* may be executed by electronic means; and further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) shall be, and each hereby is, authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the actions and transactions contemplated by these resolutions hereunder, in each case, as such Authorized Officer shall deem necessary, advisable, or desirable in such Authorized Officers' reasonable business judgment as may be necessary or convenient to effectuate the purposes of the actions and transactions contemplated herein.

**IN WITNESS WHEREOF**, the undersigned Sole Director of Gelesis, Inc. executed this *Action by Written Consent of the Sole Director of Gelesis, Inc.* as of the 30th day of October 2023.

<u>**SOLE DIRECTOR:**</u>

_____

Yishai Zohar

3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of <u>Delaware</u> _____

**In re: Gelesis, Inc.**

Case No. _____

**Debtor**

Chapter <u>7</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>167,042.00</u>

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ <u>167,042.00</u>

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify)        Gelesis Holdings, Inc.

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify)        Gelesis Holdings, Inc.

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; and

    c.  Representation of the debtor at the meeting of creditors and any adjournment thereof.

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:  Not applicable.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 30, 2023
*Date*

*Signature of Attorney*

Troutman Pepper Hamilton Sanders LLP
*Name of law firm*

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name  Gelesis, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2023                    ✗ _____
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

                                             Yishai Zohar
                                             Printed name

                                             Authorized Officer
                                             Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  Gelesis, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                              (State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................    $ 837,999.97

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................    $ Unknown

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................    $ Unknown

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................    $ 12,411,033.33

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................    + $ 113,145,507.95

4. **Total liabilities**...................................................................................................    $ 125,556,541.28
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _Gelesis, Inc._____

United States Bankruptcy Court for the: _____ District of _Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*\*

   See attached schedule.

   Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

   3.1. _____ _____ ___ ___ ___ ___     $_____
   3.2. _____ _____ ___ ___ ___ ___     $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 777,908.66

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____
   7.2. _____     $_____

Debtor    Gelesis, Inc.
          <sub>Name</sub>                                          Case number *(if known)*_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**    See attached schedule.

Description, including name of holder of prepayment

8.1._____    $_____
8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 21,415.68

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | $261,513.50 | – | $0.00 | = ....➔ | $ 261,513.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ....➔ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 261,513.50

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture***    See attached schedule.

Name of entity:                              % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ Unknown

---

| Debtor | Gelesis, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Various finished goods for resale | 10/30/2023 MM / DD / YYYY | $ N/A | Gross physical count | $ 5,228,202.76* |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 5,228,202.76*

*Based on maximum shelf life, $4,939,223.37 of this inventory cannot be sold. The likely value of the inventory is $288,979.39.

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Gelesis, Inc. | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.    See attached schedule.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** See attached schedule. | $_____ | _____ | $ 17,043.94 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached schedule. | $_____ | _____ | $ 5,433.37 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 22,477.31

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Gelesis, Inc.
_____    Case number (if known)_____
          Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                         $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Gelesis, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  501 Boylston Street, Suite 6102, Boston, MA 02116 | Sublease | $ 837,999.97 | Book Value | $ 837,999.97 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 837,999.97

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

| Debtor | Gelesis, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Various NOLs and tax credits - see attached schedule       Tax year  Various      $273,851,216.00
_____                            Tax year _____   $_____
_____                            Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                                                 $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                                 $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                                 $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____                                                 $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Executory contracts - see attached schedule.                                    $ Unknown
Various intercompany receivables - see attached schedule.                        $ 6,114,285.85

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                              $ Unknown

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor    Gelesis, Inc.
          _____    Case number (if known)_____
          Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 777,908.66 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 21,415.68 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 261,513.50 | |
| 83. **Investments.** Copy line 17, Part 4. | $ Unknown | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 5,228,202.76 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 22,477.31 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ..................................➔ | | $ 837,999.97 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ Unknown | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ Unknown | 91b. $ 837,999.97 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ $ Unknown

---

**Gelesis, Inc. - Schedule A/B – Part 1, Section 3**

**Bank Accounts**

| Name of Institution | Type of Account | Last 4 Digits of Account Number | Current Value of Debtor's Interest |
|---|---|---|---|
| Silicon Valley Bank* | Checking | 0924 | $771,356.42 |
| Silicon Valley Bank | Zero-Balance Checking | 0676 | $0.00 |
| Silicon Valley Bank | Checking (EUR)** | 2709 | $3,681.77 |
| Wells Fargo | Checking | 8501 | $2,870.47 |
| UBS | Brokerage | 8532 | $0.00 |
| | | **TOTAL:** | **$777,908.66** |

*This account is subject to a deposit account control agreement with PureTech Health LLC, a copy of which is attached.

**This checking account holds funds in Euro and has €3,484.83 deposited.  The USD value was calculated based on the exchange rate of 1.054863.

Note: Inactive subsidiary Gelesis Securities Corp. has the following bank account:

| Name of Institution | Type of Account | Last 4 Digits of Account Number | Current Value of Subsidiary's Interest |
|---|---|---|---|
| UBS | Checking | 6924 | $104.05 |

**<u>Gelesis, Inc.</u>**

**Deposit Account Control Agreement**



**Deposit Account Control Agreement**

| **Account** | [BANK USE ONLY] Sweep Product | **Account** | [BANK USE ONLY] Sweep Product |
|---|---|---|---|
| 3300510924 | ☐ | | ☐ |
| 0018322709 | ☐ | | ☐ |
| | ☐ | | ☐ |
| | ☐ | | ☐ |
| | ☐ | | ☐ |
| | ☐ [LAM initials] | | ☐ [LAM initials] |

**Customer:** Gelesis, Inc.

**Creditor:** PureTech Health LLC

This Deposit Account Control Agreement ("Agreement") is entered into as of the date set forth on the signature page hereto among Silicon Valley Bank, a division of First-Citizens Bank & Trust Company ("Bank"), Creditor identified above ("Creditor"), and Customer identified above ("Customer").

All parties hereto agree as follows:

**1.    Deposit Account.**  (a) Bank maintains one or more demand, time, savings, passbook or other similar accounts that are identified above in which Customer has an interest (collectively, the "Account").   The Deposit Account (as defined below) is subject to Bank's Deposit Agreement and Disclosure Statement (the "Deposit Agreement").  In the case of any conflict between the terms of this Agreement and the Deposit Agreement, the terms of this Agreement will prevail.   The parties acknowledge that the Deposit Account constitutes a "deposit account" within the meaning of Section 9102 of the Uniform Commercial Code of the State of California (the "UCC") and Bank is a "bank" within the meaning of Section 9102 of the UCC.  Bank's jurisdiction for purposes of Section 9304 of the UCC is the State of California.

(b)    Customer and Creditor agree to pay Bank's fees for services rendered in connection with this Agreement, as set forth in Exhibit B hereto.  Such fees shall constitute Account Charges under Section 5(a)(ii) hereof and shall be paid to Bank in accordance with Section 7 hereof.

**2.    Security Interest**.   Customer and Creditor represent and warrant that pursuant to a security agreement or similar agreement, Customer has granted to Creditor a security interest in the Account and in all funds now or later deposited into or held therein (collectively, the "Deposit Account").

**3.    Customer's Rights in the Deposit Account**.  (a)  Customer, Bank and Creditor agree that Bank will comply with the instructions originated by Creditor directing disposition of the funds in the Deposit Account without further consent by Customer, subject to this Section 3 and Section 4 hereof.

(b)    Until Bank receives a notice from Creditor that Creditor is exercising its rights under this Agreement to direct Bank to cease complying with instructions or any directions originated by Customer (a "Notice of Exclusive Control") and Bank has a reasonable opportunity to comply with it, but no later than two (2) Business Days (as defined below) after a Notice of Exclusive Control has been validly delivered (in accordance with Section 12(b) hereof), Customer will, subject to the Deposit Agreement and applicable law, be entitled to draw items on and to withdraw or otherwise direct the disposition of funds from the Deposit Account.

(c)    So long as this Agreement is in effect, Customer may not close the Deposit Account without Creditor's prior written consent, which Bank shall have no duty to verify.  Bank may close the Deposit Account in accordance with the Deposit Agreement and as may be required by applicable law.  After Bank receives a Notice of Exclusive Control and Bank has a reasonable opportunity to comply with it, but no later than two (2) Business Days after a Notice of Exclusive Control has been validly delivered (in

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                         Deposit Account Control Agreement                         Page 1 of 8



**Deposit Account Control Agreement**

accordance with Section 12(b) hereof), subject to applicable law, Bank will notify Creditor not less than thirty (30) calendar days prior to closing the Deposit Account in non-emergency circumstances and substantially contemporaneously with closing the Deposit Account in emergency circumstances. Customer will notify Creditor promptly if Bank closes the Deposit Account.

**4.     Creditor's Control of the Deposit Account**.    After Bank receives a Notice of Exclusive Control and Bank has a reasonable opportunity to comply with it, but no later than two (2) Business Days after a Notice of Exclusive Control has been validly delivered (in accordance with Section 12(b) hereof), Bank and Customer agree that subject to applicable law: (a) except as provided in Section 5 hereof, Bank will comply with instructions originated by Creditor directing disposition of the funds in the Deposit Account without further consent by Customer (including upon closure of the Deposit Account); and (b) Bank will not comply with any instructions from Customer concerning the Deposit Account or any funds therein.  Bank shall have no duty to inquire or determine whether Creditor is entitled to send a Notice of Exclusive Control.  Bank will be fully entitled to rely upon such instructions from Creditor even if such instructions are contrary to any instructions or demands delivered by Customer.  Customer confirms that Bank (x) should follow instructions from Creditor even if the result of following such instructions is that Bank dishonors items presented for payment from the Deposit Account, and (y) will have no liability to Customer for wrongful dishonor of such items in following such instructions from Creditor. For purposes of this Agreement, "Business Day" means a day on which Bank is open to the public for business and is measured in a 24-hour increment.

**5.     Rights Reserved by Bank**.  (a) Creditor agrees that nothing herein subordinates or waives, and that Bank expressly reserves, any and/or all of Bank's present and future rights (whether described as rights of debit, setoff, banker's liens, chargeback or otherwise, and whether available to Bank under the law or under any other agreement between Bank and Customer concerning the Deposit Account) with respect to:

                    (i)     the face amount of a check, draft, money order, instrument, wire

transfer of funds, automated clearing house entry, credit from a merchant card transaction, other electronic transfer of funds or other item (A) deposited in or credited to the Deposit Account, whether before or after the date of this Agreement, and returned unpaid or otherwise uncollected or subject to an adjustment entry, whether for insufficient funds or for any other reason and without regard to the timeliness of the return or adjustment or the occurrence or timeliness of any other person's notice of nonpayment or adjustment, (B) subject to a claim against Bank for breach of transfer, presentment, encoding, retention or other warranty under Federal Reserve Regulations or Operating Circulars, clearing house rules, the UCC or other applicable law, or (C) for a merchant card transaction, against which a contractual demand for chargeback has been made ("Returned Items");

                    (ii)     service charges, fees or expenses payable or reimbursable to Bank in connection with the Deposit Agreement, the Deposit Account or any related services for the Deposit Account, including in connection with this Agreement ("Account Charges"); and

                    (iii)     any adjustments or corrections of any posting or encoding errors ("Adjustments").

        (b)     Creditor agrees that notwithstanding receipt of a Notice of Exclusive Control, Bank may exercise Bank's rights and remedies in connection with any liens or claims it may have in or on the Deposit Account as described in Section 5(a) hereof, including the rights and remedies described in Section 7 hereof.

**6.     Statements**.   At Customer's expense, upon a request of Creditor made to Bank by Creditor in writing, Bank will send copies of all statements sent to Customer for the Deposit Account to Creditor in accordance with Section 12 hereof.   Until this Agreement is terminated, Customer authorizes Bank to disclose to Creditor at Creditor's request any information concerning the Deposit Account.

**7.     Returned Items, Account Charges and Adjustments**.  Customer and Creditor agree that Returned Items, Account Charges and Adjustments shall be subject to the Deposit Agreement and shall be paid by Bank debiting the

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                          Deposit Account Control Agreement                          Page 2 of 8



**Deposit Account Control Agreement**

Deposit Account, without prior notice to Customer or Creditor.  To the extent that funds are not available in the Deposit Account to cover the amount of any Returned Item, Account Charge and Adjustment, Customer shall promptly pay such amount or any shortfall upon Bank's written demand; provided that if at any time that a Notice of Exclusive Control is effective with respect to the Deposit Account and Customer fails to pay such amount or shortfall within fifteen (15) Business Days of Bank's written demand, then Creditor agrees that it will pay, within ten (10) Business Days of Bank's written demand, amounts owed for each such Returned Item, Account Charge or Adjustment that is not paid in full by Customer up to the amount of the proceeds received by Creditor from the Deposit Account; provided further that Bank must make a demand from Creditor within 180 days of termination of this Agreement.

**8.      Indemnification and Hold Harmless of Bank by Customer**.  Customer hereby agrees to indemnify and hold harmless Bank, its affiliates and their respective directors, officers, agents and employees (each, an "Indemnified Person") against any and all claims, causes of action, losses, liabilities, lawsuits, demands, damages, costs and expenses, including without limitation any and all court costs and reasonable and documented out of pocket attorneys' fees, charges and disbursements (each, a "Claim"), in any way related to or arising out of or in connection with the Deposit Account, this Agreement or any transaction contemplated hereunder, including without limitation as a result of Bank following any instructions of Creditor following receipt of a Notice of Exclusive Control; provided that no Indemnified Person shall be entitled to be indemnified for any Claims to the extent that such Claims result from the gross negligence or willful misconduct of such Indemnified Person as determined by a final non-appealable judgment of a court of competent jurisdiction.

**9.      Indemnification and Hold Harmless of Bank by Creditor**.  To the extent that an Indemnified Person is not promptly indemnified by Customer, Creditor shall indemnify and hold harmless such Indemnified Person against any and all Claims arising from any Notice of Exclusive Control from Creditor; provided that no Indemnified Person shall be entitled to be indemnified for any Claims to the extent that such Claims result from the gross negligence or willful

misconduct of such Indemnified Person as determined by a final non-appealable judgment of a court of competent jurisdiction.

**10.      Limitation of Liability**.  **THIS AGREEMENT DOES NOT CREATE ANY OBLIGATIONS OF BANK, AND BANK MAKES NO EXPRESS OR IMPLIED REPRESENTATIONS OR WARRANTIES WITH RESPECT TO ITS OBLIGATIONS UNDER THIS AGREEMENT, EXCEPT FOR THOSE EXPRESSLY SET FORTH HEREIN.  BANK MAY RELY ON ANY AND ALL NOTICES AND COMMUNICATIONS IT BELIEVES ARE GIVEN BY THE APPROPRIATE PARTY.  IN NO EVENT SHALL ANY PARTY HERETO BE LIABLE FOR ANY SPECIAL, INDIRECT, CONSEQUENTIAL OR PUNITIVE DAMAGES (PROVIDED THAT THE FOREGOING SHALL IN NO EVENT LIMIT INDEMNIFICATION OBLIGATIONS IN SECTIONS 8 AND 9 HEREOF).  IN NO EVENT SHALL BANK BE LIABLE FOR CIRCUMSTANCES BEYOND BANK'S CONTROL (INCLUDING, WITHOUT LIMITATION, COMPUTER MALFUNCTIONS, INTERRUPTIONS OF COMMUNICATION FACILITIES, LABOR DIFFICULTIES, ACTS OF GOD, WARS, OR TERRORIST ATTACKS).  CREDITOR AND CUSTOMER AGREE THAT BANK IS RELEASED FROM ANY AND ALL LIABILITIES TO CREDITOR AND CUSTOMER IN ANY WAY RELATED TO OR ARISING OUT OF OR IN CONNECTION WITH THE DEPOSIT ACCOUNT, THIS AGREEMENT OR ANY TRANSACTION CONTEMPLATED HEREUNDER, EXCEPT TO THE EXTENT THE LIABILITIES ARE DIRECTLY CAUSED BY BANK'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT AS DETERMINED BY A FINAL NON-APPEALABLE JUDGMENT OF A COURT OF COMPETENT JURISDICTION.**

**11.      Amendments**.  This Agreement and all exhibits attached hereto may be amended only by a written agreement signed by Bank, Creditor, and Customer.

**12.      Notices**.      (a) Any notice or other communication (other than a Notice of Exclusive Control which shall be delivered in accordance with Section 12(b) hereof) provided for or allowed hereunder shall be in writing and shall be considered to have been validly delivered (i) when received if delivered to the address set forth within the signature section of the applicable party hereto at the end of this Agreement via hand delivery,

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                    Deposit Account Control Agreement                    Page 3 of 8



**Deposit Account Control Agreement**

messenger, overnight delivery or email, or (ii) 72 hours after being deposited in the United States mail, registered or certified, postage prepaid, return receipt requested, if sent to the address set forth within the signature section of the applicable party hereto at the end of this Agreement. In the case of any notice or other communication sent by Bank to another party hereto in accordance with this Section 12(a) (including statements delivered pursuant to Section 6 hereof) which is returned as undelivered, Bank shall have no obligation to investigate or inquire as to the appropriate alternative delivery information for the recipient and Bank shall be permitted to retain or shred such undelivered notice or other communication.

(b)    A Notice of Exclusive Control shall be (i) in writing, (ii) substantially in form and substance as set forth in Exhibit A hereto, (iii) delivered to the address set forth within Bank's signature section at the end of this Agreement via hand delivery, messenger, overnight delivery or email, and (iv) considered to have been validly delivered when actually received, except that an email will be considered to have been validly delivered only when Bank acknowledges receipt thereof to Creditor. To the extent Creditor does not deliver a Notice of Exclusive Control in accordance with this Section 12(b), Creditor (x) acknowledges that Bank may not be able to respond to such Notice of Exclusive Control pursuant to Section 4 hereof, and (y) agrees that Bank will not be held liable for any failure to respond to such Notice of Exclusive Control.

(c)    The addresses and emails to which notices or other communications are to be delivered (including statements delivered pursuant to Section 6 hereof and a Notice of Exclusive Control delivered pursuant to Section 12(b) hereof) may be changed from time to time by notice delivered as provided herein.

**13.    Compliance with Law**.    Each of Customer and Creditor agrees that it will promptly provide Bank with all documents requested by Bank if deemed necessary by Bank to enable Bank to comply with applicable law, including the provisions of Section 326 of the USA PATRIOT Act, the Bank Secrecy Act and the rules and regulations promulgated thereunder.

**14.    Integration**.    This Agreement constitutes the entire agreement among Bank, Customer and Creditor with respect to Creditor's control over the Deposit Account and matters related thereto, and

all prior communications, whether verbal or written, between any of the parties hereto with respect to the subject matter hereof shall be of no further effect or evidentiary value.

**15.    Counterparts; Electronic Signatures**. This Agreement may be executed by one or more of the parties hereto on any number of separate counterparts, and all of said counterparts taken together shall be deemed to constitute one and the same instrument. Delivery of an executed signature page of this Agreement by facsimile or other electronic mail transmission shall be effective as delivery of a manually executed counterpart hereof. The words "execution," "signed," "signature" and words of like import herein shall be deemed to include electronic signatures, including any Electronic Signature as defined in the Electronic Transactions Law (2003 Revision) of the Cayman Islands (the "Cayman Islands Electronic Signature Law"), or the keeping of records in electronic form, including any Electronic Record, as defined in Cayman Islands Electronic Signature Law, each of which shall be of the same legal effect, validity and enforceability as a manually executed signature or the use of a paper-based recordkeeping systems, as the case may be, to the extent and as provided for in any applicable law, including, without limitation, any state law based on the Uniform Electronic Transactions Act or the Cayman Islands Electronic Signature Law; provided, however that sections 8 and 19(3) of the Cayman Islands Electronic Signature Law shall not apply to this Agreement or the execution or delivery thereof.

**16.    Relationship of the Parties**. Nothing in this Agreement shall create any agency or fiduciary relationship between Customer, Creditor and Bank.

**17.    Governing Law and Jurisdiction**. The parties hereto agree that this Agreement shall be governed exclusively under and in accordance with the laws of the State of California. Each party hereto submits to the exclusive jurisdiction of the State and Federal courts in Santa Clara County, California.

**18.    Jury Trial Waiver**. **CUSTOMER, CREDITOR, AND BANK EACH WAIVES ITS RIGHT TO A JURY TRIAL OF ANY CLAIM OR CAUSE OF ACTION ARISING OUT OF OR BASED UPON THIS AGREEMENT, OR ANY CONTEMPLATED                          TRANSACTION,**

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                                Deposit Account Control Agreement                                Page 4 of 8



**Deposit Account Control Agreement**

INCLUDING CONTRACT, TORT, BREACH OF DUTY AND ALL OTHER CLAIMS. THIS WAIVER IS A MATERIAL INDUCEMENT FOR ALL PARTIES TO ENTER INTO THIS AGREEMENT. EACH PARTY HAS REVIEWED THIS WAIVER WITH ITS COUNSEL.

WITHOUT INTENDING IN ANY WAY TO LIMIT THE PARTIES' AGREEMENT TO WAIVE THEIR RESPECTIVE RIGHT TO A TRIAL BY JURY, if the above waiver of the right to a trial by jury is not enforceable, the parties hereto agree that any and all disputes or controversies of any nature between them arising at any time out of or based upon this Agreement or any transaction contemplated herein shall be decided by a reference to a private judge, mutually selected by the parties (or, if they cannot agree, by the Presiding Judge of the Santa Clara County, California Superior Court) appointed in accordance with California Code of Civil Procedure Section 638 (or pursuant to comparable provisions of federal law if the dispute falls within the exclusive jurisdiction of the federal courts), sitting without a jury, in Santa Clara County, California; and the parties hereby submit to the jurisdiction of such court. The reference proceedings shall be conducted pursuant to and in accordance with the provisions of California Code of Civil Procedure Sections 638 through 645.1, inclusive. The private judge shall have the power, among others, to grant provisional relief, including without limitation, entering temporary restraining orders, issuing preliminary and permanent injunctions and appointing receivers. All such proceedings shall be closed to the public and confidential and all records relating thereto shall be permanently sealed. If during the course of any dispute, a party desires to seek provisional relief, but a judge has not been appointed at that point pursuant to the judicial reference procedures, then such party may apply to the Santa Clara County, California Superior Court for such relief. The proceeding before the private judge shall be conducted in the same manner as it would be before a court under the rules of evidence applicable to judicial proceedings. The parties shall be entitled to discovery which shall be conducted in the same manner as it would be before a court under the rules of discovery applicable to judicial proceedings. The private judge shall oversee discovery and may enforce all discovery rules and orders applicable to judicial proceedings in the same manner as a trial court judge. The parties agree that the selected or appointed private judge shall have the power to decide all issues in the action or proceeding, whether of fact or of law, and shall report a statement of decision thereon pursuant to the California Code of Civil Procedure Section 644(a). Nothing in this paragraph shall limit the right of any party at any time to exercise self-help remedies, foreclose against collateral, or obtain provisional remedies. The private judge shall also determine all issues relating to the applicability, interpretation, and enforceability of this paragraph.

**19.** **Successors**. The terms of this Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their respective corporate successors or heirs and personal representatives. Customer may not assign this Agreement without the prior written consent of Creditor and Bank. Creditor may assign this Agreement upon written notice to Bank; provided that such assignee must assume in writing or by operation of law all of Creditor's obligations under this Agreement. Bank may assign this Agreement upon written notice to Customer and Creditor; provided that such assignee must assume in writing or by operation of law all of Bank's obligations under this Agreement.

**20.** **Termination; Survival**. Customer may terminate this Agreement only with the written consent of Creditor. Creditor may terminate this Agreement by giving Bank and Customer written notice of termination. Bank may terminate this Agreement by giving Creditor and Customer thirty (30) calendar days' prior written notice of termination unless termination is a result of Bank's closure of the Deposit Account pursuant to its rights set forth in the Deposit Agreement or in accordance with applicable law, in which case, Creditor's receipt of notice shall be governed by Section 3 hereof. Subject to the foregoing, this Agreement automatically terminates when the Deposit Account closes. Sections 7, 8, 9, 10, 13, 17 and 18 hereof and this Section 20 shall survive the termination of this Agreement.

*[Signature page follows]*

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                Deposit Account Control Agreement                Page 5 of 8



**Deposit Account Control Agreement**

This Agreement has been executed by the duly authorized representatives of Bank, Customer and Creditor as of the date specified below:

**CUSTOMER:**  Gelesis, Inc. _(name)_

Address for Notices:

a Delaware _(jurisdiction of formation)_

501 Boylston Street, Suite 6102

Corporation _(entity form)_

Boston, MA 02116

TIN*: 20-4909933

Email: emaltz@gelesis.com

Telephone: 617-835-9195

By: _Elliot Maltz_
_(must be an authorized signer on the current BDA)_

Name:  Elliot Maltz

Title:  Chief Financial Officer

**CREDITOR:**  PureTech Health LLC _(name)_

Address for Notices:

a Delaware _(jurisdiction of formation)_

6 Tide Street, Suite 400

LLC _(entity form)_

Boston, MA 02210

TIN*: 04-3538521

Email: charles.sherwood@puretechhealth.com

Telephone: 617.482.2333

By: _Bharatt Chowrira_

Name:  Bharatt Chowrira

Title:  President, PureTech Health

---

[BANK USE ONLY]

**BANK:**

**FIRST-CITIZENS BANK & TRUST COMPANY**

Address for Notices:
Silicon Valley Bank, a division of
First-Citizens Bank & Trust Company
Liquidity Account Management
80 East Rio Salado Parkway, Mail Sort AZ145
Tempe, AZ 85281
Email: GroupControlAgreementSupport@svb.com
Telephone: (866) 719-9117

By: _Kristina Larsen_

Name:  Kristina Larsen

Title:  Liquidity Account Manager

Liquidity Account Management

Date:  4/19/2023

---

**\* Pursuant to Section 326 of the USA PATRIOT ACT, Bank is required to obtain Tax Identification Number (TIN) from all parties to this Agreement.**

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                     Deposit Account Control Agreement                     Page 6 of 8



**Deposit Account Control Agreement**

### EXHIBIT A

### FORM OF NOTICE OF EXCLUSIVE CONTROL

To:    Silicon Valley Bank, a division of First-Citizens Bank & Trust Company ("<u>Bank</u>")
       Liquidity Account Management
       80 East Rio Salado Parkway, Mail Sort AZ145
       Tempe, AZ 85281
       Email: GroupControlAgreementSupport@svb.com

From: _____ ("<u>Creditor</u>")

Re: _____ ("<u>Customer</u>")

Date: _____

Pursuant to the Deposit Account Control Agreement dated as of _____ ("<u>Agreement</u>") among Bank, Customer and Creditor, Creditor hereby notifies Bank of Creditor's exercise of Creditor's rights under the Agreement to direct Bank to cease complying with instructions or any directions originated by Customer.

**Creditor hereby acknowledges and agrees that it shall promptly submit documentation acceptable to Bank that complies with Customer Due Diligence Requirements for Financial Institutions (31 CFR 1010, 1020, 1023, 1024 and 1026), and provide Bank with any other documents requested by Bank if deemed necessary by Bank to enable Bank to comply with applicable law, including Section 326 of the USA PATRIOT Act, the Bank Secrecy Act and the rules and regulations promulgated thereunder.**

Creditor hereby certifies that the person executing this notice is an authorized representative of Creditor authorized to act on behalf of Creditor and to make the representations and agreements included herein.

**CREDITOR:** _____ *(name)*


By: _____

Name: _____

Title: _____

| *(if by email)* | [BANK USE ONLY] |
|---|---|
| **ACKNOWLEDGED BY:** | **FIRST-CITIZENS BANK & TRUST COMPANY** |
| | |
| | By: _____ |
| | Name: _____ |
| | Title: _____ |
| Date: _____ | Liquidity Account Management |
| Time: _____ | Date: _____ |

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023          Deposit Account Control Agreement          Page 7 of 8



**Deposit Account Control Agreement**

**EXHIBIT B**

**FEE SCHEDULE**

| Type of Fee* | Amount | Due |
|---|---|---|
| Setup Fee** | $500 | Payable through Account Analysis upon first month this Agreement is established |
| Monthly Maintenance Fee | $150 per account | Payable monthly through Account Analysis during the term of this Agreement |
| Exclusive Control Monthly Maintenance Fee | $100 per account | Payable monthly through Account Analysis after delivery of Notice of Exclusive Control until termination of this Agreement |
| Other service charges or fees in connection with the Deposit Agreement, the Deposit Account or related services | Standard pricing under the Deposit Agreement | Payable monthly through Account Analysis |

* All fees and charges are subject to change, from time to time, and at any time.  Although Bank may typically give advance notice to Customer of any change, Bank reserves the right to make changes without advance notice to Customer and/or Creditor where permitted or needed or appropriate.

** An additional fee may be charged if special servicing arrangements are requested (Customer and/or Creditor will be notified if the additional fee applies at the time of the request).

Silicon Valley Bank, a division of First-Citizens Bank & Trust Company. Member FDIC.

Rev. April 2023                      Deposit Account Control Agreement                      Page 8 of 8

**Gelesis, Inc. - Schedule A/B – Part 2, Section 8**

**Prepayments**

| Prepayment | Holder of Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| Software Subscription | Oracle, Inc. | $21,415.68* |

*This prepaid software subscription is not refundable.

**Gelesis, Inc. - Schedule A/B – Part 4, Section 15**

**Investments in Non-Public Entities**

| Name of Entity | % of Ownership | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|
| Gelesis LLC (Delaware LLC) | 99.15% | N/A | Unknown |
| Gelesis 2012 Inc. (Delaware Corporation) | 100% | N/A | Unknown |
| Gelesis Securities Corporation (Massachusetts Securities Corporation) | 100% | N/A | Unknown |
| One S.r.l. (Italian S.r.l. Corporation) | 10% | N/A | Unknown |
| Gelesis S.r.l. (Italian S.r.l. Corporation) | 79.60% | Book Value | $14,962,148.24 |

**Gelesis, Inc. - Schedule A/B – Part 7, Sections 40 and 41**

**Office Fixtures**

| Fixture | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|
| Video wall for office reception (not installed) | $17,043.94 | Book Value | $17,043.94 |
| Leasehold improvement – living plant wall for office reception | $0.00 | Book Value | $0.00* |
| | | **TOTAL:** | **$17,043.94** |

*The Debtor does not believe that the leasehold improvement would have any market value.

**Office Equipment**

| Equipment | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|
| Cardiac AED defibrillator | $0.00 | Book Value | $0.00* |
| Computer equipment | $5,433.37 | Book Value | $5,433.37 |
| Capitalized software | $0.00 | Book Value | $0.00* |
| | | **TOTAL:** | **$5,433.37** |

*The Debtor does not believe that the cardiac AED defibrillator would have any salvage value nor does it believe that the capitalized software would have any market value.

## Gelesis, Inc. - Schedule A/B – Part 11, Section 72

### Tax Assets

| Description | Tax Years* | Current Value of Debtor's Interest |
|---|---|---|
| Federal NOL | Cumulative from 2007-2021 | $112,527,301.00 |
| Federal R&D Tax Credit | Cumulative from 2016-2021 | $1,422,794.00 |
| MA State NOL | Cumulative from 2010-2021 | $159,372,305.00 |
| MA R&D Tax Credit | Cumulative from 2016-2021 | $528,816.00 |
| | **TOTAL:** | **$273,851,216.00** |

**\*** The NOLs and Tax Credits for the year 2022 have been consolidated with Debtor Gelesis Holdings, Inc.

**Gelesis, Inc. - Schedule A/B – Part 11, Section 77**

**Executory Contracts**

| Executory Contract | Counterparty | Current Value of Debtor's Interest |
|---|---|---|
| Sublease (Office Space) | PureTech Ventures, LLC | $837,999.97 |
| Settlement Agreement | Joy Bauer c/o Creative Artists Agency | Unknown |
| Third Amended and Restated Supply and Distribution Agreement, effective as of August 26, 2019 | Roman Health Pharmacy, LLC | Unknown |
| Distribution Agreement | Specialty Medical Drugstore, LLC d/b/a GoGoMeds | Unknown |
| License, Collaboration, and Supply Agreement | CMS Bridging DMCC | Unknown |
| Settlement Agreement | PQ Health Digital Solutions, LLC | Unknown |

**Intercompany Receivables**

| Affiliate | Current Value of Debtor's Interest in Receivable |
|---|---|
| Gelesis, LLC | $3,764.00 |
| Gelesis 2012, Inc. | $13,870.56 |
| Gelesis Securities Corp. | $1,288.38 |
| Gelesis S.r.l. | $6,095,362.91 |
| **TOTAL:** | **$6,114,285.85** |

**Fill in this information to identify the case:**

Debtor name ___Gelesis, Inc.___

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                          (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
| --- | --- | --- |
| PureTech Health LLC | All assets | $ 5,263,333.33 | $ Unknown |

Creditor's mailing address

6 Tide Street, Suite 400
Boston, MA 02210

**Describe the lien**
Senior secured lien granted in connection with Note and Warrant Purchase Agreement

Creditor's email address, if known
charles.sherwood@puretechhealth.com

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Date debt was incurred ___02/21/2023___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
| --- | --- | --- |
| PureTech Health LLC | All assets | $ 2,120,000.00 | $ Unknown |

Creditor's mailing address

6 Tide Street, Suite 400
Boston, MA 02210

**Describe the lien**
Senior secured lien granted in connection with Note and Warrant Purchase Agreement

Creditor's email address, if known
charles.sherwood@puretechhealth.com

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Date debt was incurred ___05/01/2023___

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 12,411,033.33

| Debtor | Gelesis, Inc. | Case number *(if known)* _____ |
|--------|---------------|-----------------------------------------------|
|        | Name          |                                               |

**Part 1:    Additional Page**

| | Column A | Column B |
|-|----------|----------|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

PureTech Health LLC

**Creditor's mailing address**

6 Tide Street, Suite 400
Boston, MA 02210

**Creditor's email address, if known**

charles.sherwood@puretechhealth.com

**Date debt was incurred** 05/26/2023

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets

$ 368,200.00    $ Unknown

**Describe the lien**
Senior secured lien granted in connection with Note and Warrant Purchase Agreement

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**

PureTech Health LLC

**Creditor's mailing address**

6 Tide Street, Suite 400
Boston, MA 02210

**Creditor's email address, if known**

charles.sherwood@puretechhealth.com

**Date debt was incurred** 06/12/2023

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets

$ 3,139,000.00    $ Unknown

**Describe the lien**
Senior secured lien granted in connection with Note and Warrant Purchase Agreement

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Gelesis, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**

PureTech Health LLC

**Creditor's mailing address**

6 Tide Street, Suite 400
Boston, MA 02210

**Creditor's email address, if known**

charles.sherwood@puretechhealth.com

**Date debt was incurred**    09/20/2023

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets
_____
_____

$ 1,520,500.00    $ Unknown

**Describe the lien**
Senior secured lien granted in connection with Note and Warrant Purchase Agreement

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____

$_____    $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Gelesis, Inc. |
| United States Bankruptcy Court for the: | District of __Delaware__ |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Gelesis, Inc.
_____
Name

Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,800.00 |
|---|---|---|
| 916 Conseils | Check all that apply. | |
| | ☐ Contingent | |
| 2 rue Léchappé | ☐ Unliquidated | |
| Croissy-Sur-Seine, France, 78290 | ☐ Disputed | |
| | **Basis for the claim:** Website support | |
| Date or dates debt was incurred   10/06/2023 | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 295.00 |
|---|---|---|
| Advarra, Inc. | Check all that apply. | |
| | ☐ Contingent | |
| 6100 Merriweather Drive, Suite 600 | ☐ Unliquidated | |
| Columbia MD  21044 | ☐ Disputed | |
| | **Basis for the claim:** Clinical study closeout | |
| Date or dates debt was incurred   10/17/2023 | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 118,875.83 |
|---|---|---|
| Alessandra Bini | Check all that apply. | |
| | ☐ Contingent | |
| Via Sottocorno 2, 20129 | ☐ Unliquidated | |
| Milano ITALY | ☐ Disputed | |
| | **Basis for the claim:** Purchase of interest in Gelesis S.r.l. | |
| Date or dates debt was incurred   03/31/2023 | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,479,119.60 |
|---|---|---|
| Alessandro Sannino | Check all that apply. | |
| | ☐ Contingent | |
| Via Fiesole 32, 73010 | ☐ Unliquidated | |
| Lecce ITALY | ☐ Disputed | |
| | **Basis for the claim:** Purchase of interest in Gelesis S.r.l. | |
| Date or dates debt was incurred   03/31/2023 | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 733,904.11 |
|---|---|---|
| Autajon Packaging-Boston Corp | Check all that apply. | |
| | ☐ Contingent | |
| 100 Northwest Blvd | ☐ Unliquidated | |
| Nashua, NH, 03063 | ☐ Disputed | |
| | **Basis for the claim:** Packaging and storage | |
| Date or dates debt was incurred   03/01/2023 | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No   ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,950.86 |
|---|---|---|
| Avania USA Group, LLC | Check all that apply. | |
| | ☐ Contingent | |
| 100 Crowley Drive, Suite 216 | ☐ Unliquidated | |
| Marlborough, MA, 01752 | ☐ Disputed | |
| | **Basis for the claim:** Clinical R&D consultant | |
| Date or dates debt was incurred   01/09/2023 | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No   ☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

BDO USA LLP

5300 Patterson Ave SE, Suite 100
Grand Rapids, MI, 49512

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 141,931.50

Basis for the claim: Internal and tax consulting

Date or dates debt was incurred    03/01/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.8** Nonpriority creditor's name and mailing address

Boston HelpDesk

803 Summer Street
Boston, MA, 02127

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,125.09

Basis for the claim: IT and software licenses

Date or dates debt was incurred    02/09/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.9** Nonpriority creditor's name and mailing address

Brandwatch dba Runtime Collective Ltd

1st Floor Sovereign House, Church Street
Brighton, E Sussex, GB, BN1 1 UJ

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,635.50

Basis for the claim: Marketing Analytics

Date or dates debt was incurred    05/01/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.10** Nonpriority creditor's name and mailing address

Cardinal Health 105, Inc.

PO Box 978709
Dallas, TX, 75397

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 226,049.33

Basis for the claim: 3PL distribution

Date or dates debt was incurred    12/14/2022

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.11** Nonpriority creditor's name and mailing address

Centerpiece Holdings, LLC

440 Stevens Ave, #200
Solana Beach, CA, 92075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,463.00

Basis for the claim: Packaging and storage

Date or dates debt was incurred    10/17/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**

**Nonpriority creditor's name and mailing address**

CFGI Holdings, LLC

1 Lincoln Street, Ste 1301
Boston, MA, 02111

Date or dates debt was incurred    01/01/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Accounting consulting

Is the claim subject to offset?
☑ No
☐ Yes

$ 27,810.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

Creative Interior Plantscapes

1 Olean Road
Burlington, MA, 01803

Date or dates debt was incurred    10/01/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plants in office

Is the claim subject to offset?
☑ No
☐ Yes

$ 316.00

---

**3.14**

**Nonpriority creditor's name and mailing address**

Crown Castle Fiber LLC

1220 Augusta Drive, Suite 600
Houston, TX, 77057

Date or dates debt was incurred    10/01/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet

Is the claim subject to offset?
☑ No
☐ Yes

$ 975.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

CSC Global

P.O. Box 7410023
Chicago, IL, 60674-5023

Date or dates debt was incurred    09/26/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  State registration costs

Is the claim subject to offset?
☑ No
☐ Yes

$ 150.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

Daniel F. Young, Incorporated

1235 Westlakes Drive, Suite 305
Berwyn, PA, 19312

Date or dates debt was incurred    03/01/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Product shipment

Is the claim subject to offset?
☑ No
☐ Yes

$ 23,967.26

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

DCF Group LLC

29 Water Street, Suite 303
Newburyport, MA, 01950

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Financial Valuations

Date or dates debt was incurred    01/01/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,250.00

**3.18** Nonpriority creditor's name and mailing address

Deloitte Tax LLP

P.O. Box 844736
DALLAS, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tax consulting

Date or dates debt was incurred    03/31/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,050.00

**3.19** Nonpriority creditor's name and mailing address

Donnelley Financial, LLC

35 W Wacker Drive
Chicago, IL, 60601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: VDR and financial reporting platform

Date or dates debt was incurred    02/07/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 62,181.25

**3.20** Nonpriority creditor's name and mailing address

Elmore Patent Law Group, PC

Jennifer Rogers, 484 Groton Road
Westford, MA, 01886

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Patent maintenance

Date or dates debt was incurred    02/01/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,225.08

**3.21** Nonpriority creditor's name and mailing address

G&M Health LLC

505 Lake Lynda Drive, Suite 200 Room 235
Orlando, FL, 32817

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: HCP Compliance consulting

Date or dates debt was incurred    05/03/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 32,200.00

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Gelesis Holdings, Inc.

501 Boylston St Suite 6102
Boston MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Intercompany payable

Date or dates debt was incurred  Various
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 73,197,494.61

---

**3.23** Nonpriority creditor's name and mailing address

Gelesis LLC

501 Boylston St Suite 6102
Boston MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Intercompany payable

Date or dates debt was incurred  Various
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

$ 91,860.28

---

**3.24** Nonpriority creditor's name and mailing address

Gelesis Srl

'Via Europa 187 z.i., 73021
Calimera (LE), Italy

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Intercompany payable

Date or dates debt was incurred  Various
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,268,776.69

---

**3.25** Nonpriority creditor's name and mailing address

GTM Technologies

145 Butternut Hollow
Acton, MA, 01718

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Process engineering

Date or dates debt was incurred  09/30/2023
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,432.00

---

**3.26** Nonpriority creditor's name and mailing address

ICR Opco, LLC

761 Main Avenue
Norwalk, CT, 06851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ELOC broker fee and IR

Date or dates debt was incurred  12/02/2022
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 39,000.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27 **Nonpriority creditor's name and mailing address**

IVR  Technology Group LLC

65 Lawrence Bell Drive, Suite 102
Amherst, NY, 14221

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 425.00

**Basis for the claim:** Interactive customer call center

Date or dates debt was incurred    09/30/2023

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.** 28 **Nonpriority creditor's name and mailing address**

Joy Bauer Ventures Inc.

c/o Creative Artists Agency, 2000 Avenue of the Stars
Los Angeles, CA, 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 300,000.00

**Basis for the claim:** Spokesperson and online content

Date or dates debt was incurred    12/27/21

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.** 29 **Nonpriority creditor's name and mailing address**

Ken Fujioka

2409 Montgomery Ave
Cardiff, CA, 92007

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 5,160.00

**Basis for the claim:** Scientific Advisory

Date or dates debt was incurred    05/01/2023

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.30** Nonpriority creditor's name and mailing address

KPMG LLP

Two Financial Center, 60 South Street
Boston, MA, 02111

Date or dates debt was incurred   02/23/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Auditors

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.31** Nonpriority creditor's name and mailing address

Locke Lord LLP

24259 Network Place
Chicago, IL, 60673-1242

Date or dates debt was incurred   01/09/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trademarks

Is the claim subject to offset?
☑ No
☐ Yes

$ 35,662.58

---

**3.32** Nonpriority creditor's name and mailing address

Luigi Ambrosio

Via Leopardi, 28, 80044
Ottaviano (NA), Italy

Date or dates debt was incurred   03/31/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Purchase of interest in Gelesis S.r.l.

Is the claim subject to offset?
☑ No
☐ Yes

$ 422,605.60

---

**3.33** Nonpriority creditor's name and mailing address

Luigi Nicolais

Via Semmola, 83, 80056
Ercolano (NA), Italy

Date or dates debt was incurred   03/31/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Purchase of interest in Gelesis S.r.l.

Is the claim subject to offset?
☑ No
☐ Yes

$ 422,605.60

---

**3.34** Nonpriority creditor's name and mailing address

MADASH LLC

7 Coach Road
Lexington, MA, 02420

Date or dates debt was incurred   01/01/2023

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Regulatory consulting

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,333.32

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.35** | **Nonpriority creditor's name and mailing address**

MCPHS University

Attn: Kevin George, 179 Longwood Avenue
BOSTON, MA 02115

Date or dates debt was incurred    04/14/2023

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: MCPHS fellowship program

Is the claim subject to offset?
☑ No
☐ Yes

$ 41,132.88

---

**3.36** | **Nonpriority creditor's name and mailing address**

Morgan Stanley Capital Management, LLC

Solium Plan Managers LLC, Dept 3542, PO Box 123542
Dallas, TX, 75312-3542

Date or dates debt was incurred    09/25/2023

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Stock Plan management

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,752.00

---

**3.37** | **Nonpriority creditor's name and mailing address**

Notary & Apostille Service, Inc.

409 44th Street
Copiague, NY, 11726-1009

Date or dates debt was incurred    04/19/2023

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notary services

Is the claim subject to offset?
☑ No
☐ Yes

$ 355.00

---

**3.38** | **Nonpriority creditor's name and mailing address**

One S.R.L.

Via Tortona N. 25 - Deloitte Touche S.R.L.
Milano, Italy 20144

Date or dates debt was incurred    02/27/2023

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Is the claim subject to offset?
☑ No
☐ Yes

$ 51,177.05

---

**3.39** | **Nonpriority creditor's name and mailing address**

Optimizely Inc.

631 Howard Street, Suite 100
San Francisco, CA, 94105

Date or dates debt was incurred    05/01/2023

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Marketing analytics

Is the claim subject to offset?
☑ No
☐ Yes

$ 163,427.72

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.40** Nonpriority creditor's name and mailing address

Oracle America, Inc.

PO Box 203448
Dallas, TX, 75320-3448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Financial software

Date or dates debt was incurred    05/05/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$50,260.06

---

**3.41** Nonpriority creditor's name and mailing address

Paolo De Carlo

Via Terenzio, 12, 20133
Milano, ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Purchase of interest in Gelesis S.r.l.

Date or dates debt was incurred    03/31/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$79,238.55

---

**3.42** Nonpriority creditor's name and mailing address

Parexel International (IRL) Limited

One Kilmainham Square, Inchicore Road, Kilmainham
DUBLIN 8, Ireland

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pharmacovigilence

Date or dates debt was incurred    01/09/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$122,994.35

---

**3.43** Nonpriority creditor's name and mailing address

PQ Health Digital Solutions, LLC

100 Crescent Rd.
Needham, MA, 02494

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: HCP launch symposium

Date or dates debt was incurred    11/01/2022

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$15,000.00

---

**3.44** Nonpriority creditor's name and mailing address

PureTech Health LLC

6 Tide Street, Suite 400
Boston, MA, 02210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties, rent, and related costs

Date or dates debt was incurred    11/01/2022

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$679,638.95

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.45**

**Nonpriority creditor's name and mailing address**

Q4 Inc.

PO Box 771873
Chicago, IL, 60677-1873

Date or dates debt was incurred    10/22/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Q4 2022 Earnings PR

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

Reliable Pharmaceutical Returns, LLC

1443 Donelson Pike
Nashville, TN, 37217

Date or dates debt was incurred    10/17/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Expired product destruction

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 161,770.00

---

**3.47**

**Nonpriority creditor's name and mailing address**

Roman Health Ventures, Inc.

116 W 23rd St, FL 4
New York, NY, 10011

Date or dates debt was incurred    01/01/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Advertising

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,579,498.87

---

**3.48**

**Nonpriority creditor's name and mailing address**

Roman Health Ventures, Inc.

116 W 23rd St, FL 4
New York, NY, 10011

Date or dates debt was incurred    07/01/2021

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer advance payment liability

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,760,892.00

---

**3.49**

**Nonpriority creditor's name and mailing address**

Sabina Enoizi

Via Terenzio, 12, 20133
Milano, ITALY

Date or dates debt was incurred    03/31/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Purchase of interest in Gelesis S.r.l.

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 118,857.83

---

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.50** Nonpriority creditor's name and mailing address

SciLucent, Inc

585 Grove St., Suite 300
Herndon, VA, 20170

Date or dates debt was incurred    09/08/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Medical Affairs consulting

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,771.25

---

**3.51** Nonpriority creditor's name and mailing address

Smartsheet Inc.

PO Box 123421, Dept 3421
Dallas, TX, 75312

Date or dates debt was incurred    09/07/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software program

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,912.50

---

**3.52** Nonpriority creditor's name and mailing address

Standard Retirement Services, Inc.

75 Remittance Drive, Suite 1892
Chicago, IL, 60675-1892

Date or dates debt was incurred    10/06/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 401(k) administrator

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.53** Nonpriority creditor's name and mailing address

Stephen Gould Corporation

35 South Jefferson Road
Whippany, NJ, 07981

Date or dates debt was incurred    03/10/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Packaging and storage

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 211,593.86

---

**3.54** Nonpriority creditor's name and mailing address

Syneos Health US Inc.

500 Atrium Drive
Somerset, NJ, 08873

Date or dates debt was incurred    01/01/2023

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: HCP salesforce and commercial dashboard

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 551,484.95

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.55** Nonpriority creditor's name and mailing address

Telerx Marketing Inc.

PO Box 8500-53888
Philadelphia, PA, 19178

Date or dates debt was incurred    12/19/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Pharmacovigilence

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 635,983.05

---

**3.56** Nonpriority creditor's name and mailing address

Trinity Partners, LLC

230 Third Avenue
Waltham, MA, 02451

Date or dates debt was incurred    12/19/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Forecast models for launch

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 20,000.00

---

**3.57** Nonpriority creditor's name and mailing address

University of Alabama at Birmingham

801 5th Ave South, Room 251
Birmingham, AL, 35233

Date or dates debt was incurred    01/01/2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Clinical study protocol

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 12,350.00

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

Debtor   Gelesis, Inc.
         Name                                          Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 113,145,507.95 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 113,145,507.95 |

**Fill in this information to identify the case:**

Debtor name  Gelesis, Inc.

United States Bankruptcy Court for the:_____  District of  Delaware
                                                              (State)

Case number (If known):  _____  Chapter  7

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Sublease of debtor's office space<br>Debtor is sublessee | PureTech Ventures, LLC<br>6 Tide Street, Suite 400<br>Boston, Massachusetts 02110<br>Attn: Stephen M. Muniz |
| State the term remaining | Through August 31, 2025 | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | Joy Bauer<br>c/o Creative Artists Agency<br>405 Lexington Avenue, 19th Floor<br>New York, NY 10174 |
| State the term remaining | N/A | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement<br>Debtor is manufacturer of product to be distributed | Specialty Medical Drugstore, LLC<br>d/b/a GoGoMeds<br>525 Alexandria Pike, Suite 100<br>Southgate, KY, 41071 |
| State the term remaining | Indefinitely until contract terminated | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Third Amended and Restated Supply and Distribution Agreement<br>Debtor is manufacturer of product to be distributed | Roman Health Pharmacy, LLC<br>30-30 47th Avenue, Suite 535<br>Long Island City, New York 11101 |
| State the term remaining | Indefinitely until contract terminated | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | License, Collaboration, and Supply Agreement<br>Debtor is licensor | CMS Bridging DMCC<br>Unit No: 205B, JBC1<br>Plot No: JLT-PH1-G2A<br>Jumeirah Lakes Towers<br>Dubai, UAE |
| State the term remaining | Through June 18, 2040 | |
| List the contract number of any government contract | | |

Debtor   Gelesis, Inc.
_____                Case number *(if known)*_____
         Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**  State what the contract or lease is for and the nature of the debtor's interest

Settlement Agreement

State the term remaining

N/A

List the contract number of any government contract

**PQ Health Digital Solutions, LLC**
**100 Crescent Rd**
**Needham, MA 02494**

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name   Gelesis, Inc.

United States Bankruptcy Court for the: _____ District of   Delaware
                                                                      (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Gelesis Holdings, Inc. | 501 Boylston Street <br> Street <br> Suite 6102 <br> Boston       MA       02116 <br> City       State       ZIP Code | PureTech Health LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2  Gelesis, LLC | 501 Boylston Street <br> Street <br> Suite 6102 <br> Boston       MA       02116 <br> City       State       ZIP Code | PureTech Health LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3  _____ | _____ <br> Street <br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4  _____ | _____ <br> Street <br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5  _____ | _____ <br> Street <br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6  _____ | _____ <br> Street <br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _Gelesis, Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023 MM / DD / YYYY to | Filing date | ☑ Operating a business ☐ Other _____ | $ 4,020,620.00 |
   | **For prior year:** | From 01/01/2022 MM / DD / YYYY to | 12/31/2022 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 27,632,882.00 |
   | **For the year before that:** | From 01/01/2021 MM / DD / YYYY to | 12/31/2021 MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 12,116,611.84 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023 MM / DD / YYYY to | Filing date | N/A | $ 0.00 |
   | **For prior year:** | From 01/01/2022 MM / DD / YYYY to | 12/31/2022 MM / DD / YYYY | Licensing income from agreement with CMS | $ 209,012.26 |
   | **For the year before that:** | From 01/01/2021 MM / DD / YYYY to | 12/31/2021 MM / DD / YYYY | N/A | $ 0.00 |

Debtor    Gelesis, Inc._____    Case number (if known)_____
          Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None    **See attached schedule.**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ City          State      ZIP Code | ____ ____ ____ | $_____ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other _____ |
| 3.2. _____ Creditor's name _____ Street _____ City          State      ZIP Code | ____ ____ ____ | $_____ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None    **See attached schedule.**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Insider's name _____ Street _____ City          State      ZIP Code | ____ ____ ____ | $_____ | _____ _____ _____ |
| **Relationship to debtor** _____ | | | |
| 4.2. _____ Insider's name _____ Street _____ City          State      ZIP Code | ____ ____ ____ | $_____ | _____ _____ _____ |
| **Relationship to debtor** _____ | | | |

---

Debtor    Gelesis, Inc.
_____    Case number (if known)_____
            Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | _____ | | |
| _____ City          State    ZIP Code | | | |
| 5.2. | | | |
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | _____ | | |
| _____ City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| _____ City          State    ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ | _____ | _____ Name | ☐ Pending |
| | | _____ Street | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| _____ | | _____ City          State    ZIP Code | |
| 7.2. **Case title** | | **Court or agency's name and address** | ☐ Pending |
| _____ | _____ | _____ Name | ☐ On appeal |
| **Case number** | | _____ Street | ☐ Concluded |
| _____ | | _____ City          State    ZIP Code | |

Debtor    Gelesis, Inc._____    Case number (if known)_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| _____ | | Name |
| City          State      ZIP Code | **Case number** | Street |
| | _____ | City          State          ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Pennington Biomedical Research Center | Pennington Biomedical Research Center Educational Grant | 04/08/2022 | $ 3,000.00 |
| Recipient's name | | | |
| 6400 Perkins Road | | | |
| Street | | | |
| Attn: Frank L. Greenway | | | |
| Baton Rouge          LA      70808 | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| A principal investigator for debtor's clinical trials | | | |
| 9.2. Fred Hutchinson Cancer Research Center | Climb to Fight Cancer donation | 01/02/2022 | $ 5,000.00 |
| Recipient's name | | | |
| 1100 Fairview Ave. N. | | | |
| Street | | | |
| Mall Stop J5-200 | | | |
| Seattle          WA      98109 | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| None | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

| Debtor | Gelesis, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Troutman Pepper Hamilton Sanders LLP | _____ _____ | 4/21/2023 | $ 100,000.00 |
| | **Address** | | | |
| | 1313 N. Market Street | | | |
| | Street | | | |
| | Suite 5100 | | | |
| | Wilmington            DE        19801 | | | |
| | City                        State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.troutman.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Gelesis Holdings, Inc. | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Troutman Pepper Hamilton Sanders LLP | _____ _____ | 10/13/2023 | $ 67,072.00 |
| | **Address** | | | |
| | 1313 N. Market Street | | | |
| | Street | | | |
| | Suite 5100 | | | |
| | Wilmington            DE        19801 | | | |
| | City                        State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.troutman.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Gelesis Holdings, Inc. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

---

Debtor    Gelesis, Inc._____    Case number (if known)_____
_____Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ <br> _____ | _____ | $_____ |
| **Address** | | | |
| _____ <br> Street | | | |
| _____ <br> City        State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| | | | |
| Who received transfer? | | | |
| 13.2. _____ | _____ <br> _____ | _____ | $_____ |
| **Address** | | | |
| _____ <br> Street | | | |
| _____ <br> City        State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 501 Boylston Street <br> Street <br> Suite 6102 | | From  06/01/2019 | To  Present |
| | Boston                    MA        02116 <br> City                    State        ZIP Code | | | |
| 14.2. | 500 Boylston Street <br> Street <br> Suite 1600 | | From  06/01/2009 | To  06/01/2019 |
| | Boston                    MA        02116 <br> City                    State        ZIP Code | | | |

Debtor      Gelesis, Inc.                                         Case number (if known)_____
            Name

---

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.2. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| Gelesis 401(k) Plan | EIN: 2 0 _ 4 9 0 9 9 3 3 |

Has the plan been terminated?

☐ No

☑ Yes

---

Debtor    Gelesis, Inc.
_____    Case number *(if known)*_____
          Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None    Note: Inactive subsidiary Gelesis 2012, Inc. had the below account closed out by Silicon Valley Bridge Bank.

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Silicon Valley Bridge Bank<br>Name<br>3003 Tasman Drive<br>Street<br>Santa Clara    CA    95054<br>City    State    ZIP Code | XXXX– 5 2 7 5 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 2/17/2023 | $ 0.00 |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None    See attached schedule.

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    Gelesis, Inc._____    Case number (if known)_____
          Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City        State        ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor   Gelesis, Inc.
         _____         Case number *(if known)*_____
         Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None   See attached schedule.

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |

Debtor    Gelesis, Inc.
_____          Case number *(if known)*_____
          Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None    See attached schedule.

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                    State        ZIP Code | From _____    To _____ |
| Name and address | Dates of service |
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                    State        ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. KPMG, LLP<br>Name<br>Two Financial Center<br>Street<br>60 South Street<br>Boston            MA        02111<br>City                    State        ZIP Code | From 2013    To Present |
| Name and address | Dates of service |
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                    State        ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Wenlie Zhou<br>Name<br>501 Boylston Street<br>Street<br>Suite 6102<br>Boston            MA        02116<br>City                    State        ZIP Code | _____<br>_____<br>_____ |

Debtor    Gelesis, Inc.
_____    Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    Susan Fiedler | _____ |
| Name | |
| 501 Boylston Street | _____ |
| Street | |
| Suite 6102 | _____ |
| Boston                    MA            02116 | |
| City                      State         ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.    _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                      State         ZIP Code |

| Name and address |
|---|
| 26d.2.    _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                      State         ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Cardinal Health 105, Inc. | 10/30/2023 | $ 5,228,202.76* |
| **Name and address of the person who has possession of inventory records** | | * Inventory value based on gross physical count. Of this amount, $4,939,223.37 is unlikely to have market value due to maximum shelf life of the product. Thus, the likely value of the inventory is $288,979.39. |
| 27.1.    Cardinal Health 105, Inc. | | |
| Name | | |
| PO Box 978709 | | |
| Street | | |
| Dallas                    TX            75397 | | |
| City                      State         ZIP Code | | |

Debtor    Gelesis, Inc._____    Case number *(if known)*_____
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
_____Name_____

_____
Street

_____
City                                      State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.** See attached schedule.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Elaine Chiquette | 505 Sun Forest Way, Chapel Hill, NC 27517 | Chief Scientific Officer | From 4/17/17 To 11/30/22 |
| Elliot Maltz | 11 Ivy Road, Needham, MA 02492 | Chief Financial Officer | From 3/16/2014 To 8/16/2023 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.    See attached schedule.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| _____Name_____ | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City                  State          ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

| Debtor | Gelesis, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Name and address of recipient**

30.2

Name

Street

City                          State          ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

_____                                    EIN: __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the pension fund

_____                                    EIN: __ __ - __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/30/2023
                MM  / DD  / YYYY

✗ _____                    Printed name  Yishai Zohar
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Authorized Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Genesis, Inc. - Statement of Financial Affairs - Part 2, Section 3 - Payments or Transfers within 90 Days of Filing

| Creditor Name | Creditor Address | Dates of Transfers | Total Amount or Value or Transfer | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Aermar Srl | Piazza Umberto, 54, 70121 BARI, ITALY | 8/17/2023 | $ 38,554.00 | Suppliers or Vendors |
| Armfield, Harrison & Thomas, LLC | 458 South Avenue, Whitman, MA, 02382 | 10/30/2023 | $ 11,012.00 | Insurance |
| BDO USA LLP | 5300 Patterson Ave SE, Suite 100, GRAND RAPIDS, MI 49512 | 9/18/2023 | $ 28,196.00 | Suppliers or Vendors |
| Boston HelpDesk | 803 Summer Street, BOSTON, MA 02127 | 10/20/2023 | $ 1,110.82 | Services |
| Business Wire, Inc. | PO Box 884182, LOS ANGELES, CA 90088-4182 | 8/2/2023 | $ 2,136.00 | Suppliers or Vendors |
| Cardinal Health 105. Inc. | PO Box 978709, DALLAS, TX 75397 | 8/17/2023 | $ 26,484.38 | Suppliers or Vendors |
| Cardinal Health 105, Inc. | PO Box 978709, DALLAS, TX 75397 | 9/18/2023 | $ 22,767.63 | Suppliers or Vendors |
| Centerpiece Holdings, LLC | 440 Stevens Ave, #200, SOLANA BEACH, CA 92075 | 8/17/2023 | $ 2,533.33 | Suppliers or Vendors |
| Centerpiece Holdings, LLC | 440 Stevens Ave, #200, SOLANA BEACH, CA 92075 | 8/31/2023 | $ 9,878.00 | Suppliers or Vendors |
| Clarivate IP (US) Holdings Corporation | CPA Global Limited, 3133 West Frye Road, Suite 400, CHANDLER, AZ 85226 | 8/17/2023 | $ 21,185.86 | Legal - patents |
| Clarivate IP (US) Holdings Corporation | CPA Global Limited, 3133 West Frye Road, Suite 400, CHANDLER, AZ 85226 | 9/18/2023 | $ 16,941.01 | Legal - patents |
| Daniel F. Young, Incorporated | 1235 Westlakes Drive, Suite 305, BERWYN, PA 19312 | 8/17/2023 | $ 10,475.89 | Suppliers or Vendors |
| Daniel F. Young, Incorporated | 1235 Westlakes Drive, Suite 305, BERWYN, PA 19312 | 9/18/2023 | $ 7,000.00 | Suppliers or Vendors |
| Daniel F. Young, Incorporated | 1235 Westlakes Drive, Suite 305, BERWYN, PA 19312 | 9/21/2023 | $ 9,106.32 | Suppliers or Vendors |
| Elmore Patent Law Group, PC | Jennifer Rogers, 484 Groton Road, WESTFORD, MA 01886 | 8/17/2023 | $ 19,293.24 | Legal - patents |
| Elmore Patent Law Group, PC | Jennifer Rogers, 484 Groton Road, WESTFORD, MA 01886 | 8/31/2023 | $ 3,731.31 | Legal - patents |
| Hassan Heshmati, MD | 1764 West Dion Drive, ANTHEM, AZ 85086 | 8/2/2023 | $ 8,453.33 | Consulting |
| Hassan Heshmati, MD | 1764 West Dion Drive, ANTHEM, AZ 85086 | 8/17/2023 | $ 2,400.00 | Consulting |
| Hassan Heshmati, MD | 1764 West Dion Drive, ANTHEM, AZ 85086 | 9/21/2023 | $ 3,553.33 | Consulting |
| Hassan Heshmati, MD | 1764 West Dion Drive, ANTHEM, AZ 85086 | 10/25/2023 | $ 7,033.33 | Consulting |
| Hero Digital LLC | 150 Spear Street, Suite 600, SAN FRANCISCO, CA 94105 | 10/25/2023 | $ 10,000.00 | Suppliers or Vendors |
| Hero Digital LLC | 150 Spear Street, Suite 600, SAN FRANCISCO, CA 94105 | 10/27/2023 | $ 5,000.00 | Suppliers or Vendors |
| Hero Digital LLC | 150 Spear Street, Suite 600, SAN FRANCISCO, CA 94105 | 8/17/2023 | $ 24,882.14 | Suppliers or Vendors |
| Hero Digital LLC | 150 Spear Street, Suite 600, SAN FRANCISCO, CA 94105 | 9/18/2023 | $ 5,000.00 | Suppliers or Vendors |
| Hero Digital LLC | 150 Spear Street, Suite 600, SAN FRANCISCO, CA 94105 | 9/22/2023 | $ 7,582.25 | Suppliers or Vendors |
| Locke Lord LLP | 24259 Network Place, CHICAGO, IL 60673-1242 | 8/17/2023 | $ 11,480.30 | Legal - patents |
| Locke Lord LLP | 24259 Network Place, CHICAGO, IL 60673-1242 | 8/31/2023 | $ 6,433.38 | Legal - patents |
| Locke Lord LLP | 24259 Network Place, CHICAGO, IL 60673-1242 | 9/18/2023 | $ 12,497.00 | Legal - patents |
| Morgan Stanley Capital Management, LLC | Solium Capital LLC, Dept 3530 PO Box 123530, DALLAS, TEXAS 75312-3530 | 8/2/2023 | $ 7,628.00 | Services |
| Morgan Stanley Capital Management, LLC | Solium Capital LLC, Dept 3530 PO Box 123530, DALLAS, TEXAS 75312-3530 | 8/17/2023 | $ 2,376.00 | Services |
| Morgan Stanley Capital Management, LLC | Solium Capital LLC, Dept 3530 PO Box 123530, DALLAS, TEXAS 75312-3530 | 9/21/2023 | $ 2,376.00 | Services |
| Parexel International (IRL) Limited | One Kilmainham Square, Inchicore Road, Kilmainham  DUBLIN 8, IRELAND | 10/25/2023 | $ 14,651.00 | Suppliers or Vendors |
| Parexel International (IRL) Limited | One Kilmainham Square, Inchicore Road, Kilmainham  DUBLIN 8, IRELAND | 8/17/2023 | $ 19,285.00 | Suppliers or Vendors |
| Parexel International (IRL) Limited | One Kilmainham Square, Inchicore Road, Kilmainham  DUBLIN 8, IRELAND | 9/21/2023 | $ 38,080.58 | Suppliers or Vendors |
| PEGUS Research, Inc | 331 South Rio Grande St. Suite 100, SALT LAKE CITY, UT 84101 | 10/20/2023 | $ 120,891.00 | Suppliers or Vendors |
| PEGUS Research, Inc | 331 South Rio Grande St. Suite 100, SALT LAKE CITY, UT 84101 | 8/17/2023 | $ 10,173.00 | Suppliers or Vendors |
| PEGUS Research, Inc | 331 South Rio Grande St. Suite 100, SALT LAKE CITY, UT 84101 | 9/21/2023 | $ 14,433.00 | Suppliers or Vendors |
| ProPharma Group LLC | 8717 W 110th Street, Suite 300, OVERLAND PARK, KS 66210 | 10/25/2023 | $ 5,054.49 | Suppliers or Vendors |
| Stephen Gould Corporation | 35 South Jefferson Road, WHIPPANY, NJ 07981 | 8/17/2023 | $ 46,889.70 | Suppliers or Vendors |
| Stephen Gould Corporation | 35 South Jefferson Road, WHIPPANY, NJ 07981 | 8/24/2023 | $ 34,239.00 | Suppliers or Vendors |
| Stephen Gould Corporation | 35 South Jefferson Road, WHIPPANY, NJ 07981 | 9/21/2023 | $ 21,978.70 | Suppliers or Vendors |
| Stephen Gould Corporation | 35 South Jefferson Road, WHIPPANY, NJ 07981 | 9/26/2023 | $ 21,978.70 | Suppliers or Vendors |
| Stephen Gould Corporation | 35 South Jefferson Road, WHIPPANY, NJ 07981 | 9/26/2023 | $ 105,371.10 | Suppliers or Vendors |
| Telerx Marketing Inc. | PO Box 8500-53888, PHILADELPHIA, PA 19178 | 8/17/2023 | $ 49,665.32 | Suppliers or Vendors |
| Telerx Marketing Inc. | PO Box 8500-53888, PHILADELPHIA, PA 19178 | 9/21/2023 | $ 49,638.92 | Suppliers or Vendors |
| Two Labs, LLC | PO Box 933205, CLEVELAND, OH 44193 | 8/18/2023 | $ 42,195.73 | Suppliers or Vendors |

Gelesis, Inc. - Statement of Financial Affairs - Part 2, Section 4 - Payments or Transfers to Insiders within 1 year of Filing

| Insider Name | Insider Address | Relationship to Debtor | Payment Date | Payment Amount | Payment Currency | Exchange Rate | Payment Amount (USD) | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/31/2022 | $ 10,436.21 | USD | | $ 10,436.21 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/31/2022 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 11/15/2022 | $ 10,436.21 | USD | | $ 10,436.21 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 11/15/2022 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 11/30/2022 | $ 10,436.21 | USD | | $ 10,436.21 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 11/30/2022 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 12/15/2022 | $ 10,436.21 | USD | | $ 10,436.21 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 12/15/2022 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 12/30/2022 | $ 10,436.25 | USD | | $ 10,436.25 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 12/30/2022 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 1/13/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 1/13/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 1/31/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 1/31/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 1/31/2023 | $ 250.00 | USD | | $ 250.00 | Gift Card |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 2/15/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 2/15/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 2/28/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 2/28/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 3/15/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 3/15/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 3/31/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 3/31/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 4/14/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 4/14/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 4/28/2023 | $ 9,656.60 | USD | | $ 9,656.60 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 4/28/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 5/1/2023 | $ 2,834.73 | USD | | $ 2,834.73 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 5/1/2023 | $ 408.39 | USD | | $ 408.39 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 5/15/2023 | $ 8,826.93 | USD | | $ 8,826.93 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 5/15/2023 | $ 1,474.76 | USD | | $ 1,474.76 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 5/31/2023 | $ 9,832.11 | USD | | $ 9,832.11 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 5/31/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 6/15/2023 | $ 10,648.84 | USD | | $ 10,648.84 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 6/15/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 6/30/2023 | $ 10,648.88 | USD | | $ 10,648.88 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 6/30/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 7/14/2023 | $ 10,549.46 | USD | | $ 10,549.46 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 7/14/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 7/31/2023 | $ 10,504.80 | USD | | $ 10,504.80 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 7/31/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 8/15/2023 | $ 10,504.80 | USD | | $ 10,504.80 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 8/15/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 8/31/2023 | $ 10,504.80 | USD | | $ 10,504.80 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 8/31/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 9/15/2023 | $ 10,504.80 | USD | | $ 10,504.80 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 9/15/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 9/29/2023 | $ 10,504.80 | USD | | $ 10,504.80 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 9/29/2023 | $ 1,622.25 | USD | | $ 1,622.25 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/13/2023 | $ 11,274.20 | USD | | $ 11,274.20 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/13/2023 | $ 538.60 | USD | | $ 538.60 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/17/2023 | $ 9,233.97 | USD | | $ 9,233.97 | Compensation |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/30/2023 | $ 392.38 | USD | | $ 392.38 | 401(k) Contribution |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Officer of Gelesis, Inc. and Officer and Director of Gelesis Holdings, Inc. | 10/30/2023 | $ 8,216.02 | USD | | $ 8,216.02 | Compensation |
| Elaine Chiquette | Bennington 38, RENO, NV 89511 | Former Officer | 10/31/2022 | $ 9,284.21 | USD | | $ 9,284.21 | Compensation |
| Elaine Chiquette | Bennington 38, RENO, NV 89511 | Former Officer | 10/31/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |

Gelesis, Inc. - Statement of Financial Affairs - Part 2, Section 4 - Payments or Transfers to Insiders within 1 year of Filing

| Insider Name | Insider Address | Relationship to Debtor | Payment Date | Payment Amount | Payment Currency | Exchange Rate | Payment Amount (USD) | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 11/15/2022 | $ 9,284.21 | USD | | $ 9,284.21 | Compensation |
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 11/15/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 11/30/2022 | $ 9,284.21 | USD | | $ 9,284.21 | Compensation |
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 11/30/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 12/15/2022 | $ 3,381.14 | USD | | $ 3,381.14 | Compensation |
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 12/15/2022 | $ 153.68 | USD | | $ 153.68 | 401(k) Contribution |
| Elaine Chiquette | Bonnington 38, RENO, NV 89511 | Former Officer | 1/31/2023 | $ 250.00 | USD | | $ 250.00 | Gift Card |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 12/16/2022 | $ 16,000.00 | USD | | $ 16,000.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 1/6/2023 | $ 16,000.00 | USD | | $ 16,000.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 2/2/2023 | $ 47,492.34 | USD | | $ 47,492.34 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 2/21/2023 | $ 59,336.43 | USD | | $ 59,336.43 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 5/2/2023 | $ 10,100.00 | USD | | $ 10,100.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 6/28/2023 | $ 1,200.00 | USD | | $ 1,200.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 7/14/2023 | $ 10,400.00 | USD | | $ 10,400.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 7/18/2023 | $ 7,400.00 | USD | | $ 7,400.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 8/2/2023 | $ 6,200.00 | USD | | $ 6,200.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 8/17/2023 | $ 10,400.00 | USD | | $ 10,400.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 9/18/2023 | $ 10,400.00 | USD | | $ 10,400.00 | Services (Consulting) |
| Elaine Chiquette, 4 Med Consulting | Bonnington 38, RENO, NV 89511 | Former Officer | 10/25/2023 | $ 20,540.00 | USD | | $ 20,540.00 | Services (Consulting) |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 10/31/2022 | $ 9,787.71 | USD | | $ 9,787.71 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 10/31/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 11/15/2022 | $ 9,787.71 | USD | | $ 9,787.71 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 11/15/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 11/30/2022 | $ 9,787.71 | USD | | $ 9,787.71 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 11/30/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 12/15/2022 | $ 9,787.67 | USD | | $ 9,787.67 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 12/15/2022 | $ 487.35 | USD | | $ 487.35 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 12/30/2022 | $ 9,787.71 | USD | | $ 9,787.71 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 1/13/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 1/13/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 1/31/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 1/31/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 1/31/2023 | $ 250.00 | USD | | $ 250.00 | Gift Card |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 2/15/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 2/15/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 2/28/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 2/28/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 3/15/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 3/15/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 3/31/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 3/31/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 4/14/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 4/14/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 4/28/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 4/28/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 5/1/2023 | $ 5,662.01 | USD | | $ 5,662.01 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 5/1/2023 | $ 1,440.10 | USD | | $ 1,440.10 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 5/15/2023 | $ 7,162.38 | USD | | $ 7,162.38 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 5/15/2023 | $ 1,835.45 | USD | | $ 1,835.45 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 5/31/2023 | $ 7,850.84 | USD | | $ 7,850.84 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 5/31/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 6/15/2023 | $ 8,005.76 | USD | | $ 8,005.76 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 6/15/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 6/30/2023 | $ 8,719.03 | USD | | $ 8,719.03 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 6/30/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 7/14/2023 | $ 8,719.03 | USD | | $ 8,719.03 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 7/14/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 7/31/2023 | $ 8,676.65 | USD | | $ 8,676.65 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 7/31/2023 | $ 2,019.02 | USD | | $ 2,019.02 | 401(k) Contribution |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 8/15/2023 | $ 11,318.95 | USD | | $ 11,318.95 | Compensation |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Officer | 8/15/2023 | $ 669.79 | USD | | $ 669.79 | 401(k) Contribution |
| Gelesis Srl | Via Verdi, 188, 73021 CALIMERA (LE), ITALY | Subsidiary | 12/5/2022 | € 2,269,401.48 | EUR | 1.0540360 | $ 2,392,030.86 | Intercompany Financing |
| Gelesis Srl | Via Verdi, 188, 73021 CALIMERA (LE), ITALY | Subsidiary | 12/8/2022 | $ 507.17 | USD | | $ 507.17 | Intercompany Financing |
| Gelesis Srl | Via Verdi, 188, 73021 CALIMERA (LE), ITALY | Subsidiary | 12/8/2022 | € 730,598.52 | EUR | 1.0491040 | $ 766,473.83 | Intercompany Financing |
| Gelesis Srl | Via Verdi, 188, 73021 CALIMERA (LE), ITALY | Subsidiary | 8/10/2023 | € 375,000.00 | EUR | 1.0975370 | $ 411,576.38 | Intercompany Financing |
| Harry Leider | 1155 N. Gulfstream Ave., Unit #403, Sarasota, FL 34236 | Former Officer | 11/15/2022 | $ 63,202.44 | USD | | $ 63,202.44 | Severance |
| Harry Leider | 1155 N. Gulfstream Ave., Unit #403, Sarasota, FL 34236 | Former Officer | 1/3/2023 | $ 58,774.52 | USD | | $ 58,774.52 | Severance |
| One S.R.L. | Via Torlona N. 25 - Dolotto Touche S.R.L., 20144 MILANO MILANO, ITALY | Subsidiary | 12/23/2022 | € 10,140.02 | EUR | 1.061659 | $ 10,765.24 | Intercompany Financing |
| One S.R.L. | Via Torlona N. 25 - Dolotto Touche S.R.L., 20144 MILANO MILANO, ITALY | Subsidiary | 12/26/2022 | € 116,610.28 | EUR | 1.061625 | $ 123,796.39 | Intercompany Financing |
| PureTech Health LLC | 6 Tide Street, Suite 400, BOSTON, MA 02210 | Secured Lender, Co-Founder, Investor with recent former board member, and connection with CEO | 11/4/2022 | $ 228,165.48 | USD | | $ 228,165.48 | Royalty payment and rent, utilities, and insurance under sublease |
| PureTech Health LLC | 6 Tide Street, Suite 400, BOSTON, MA 02210 | Secured Lender, Co-Founder, Investor with recent former board member, and connection with CEO | 12/16/2022 | $ 222,749.35 | USD | | $ 222,749.35 | Royalty payment and rent, utilities, and insurance under sublease |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 10/31/2022 | $ 12,015.66 | USD | | $ 12,015.66 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 11/15/2022 | $ 12,015.70 | USD | | $ 12,015.70 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 11/30/2022 | $ 12,015.70 | USD | | $ 12,015.70 | Compensation |

Gelesis, Inc. - Statement of Financial Affairs - Part 2, Section 4 - Payments or Transfers to Insiders within 1 year of Filing

| Insider Name | Insider Address | Relationship to Debtor | Payment Date | Payment Amount | Payment Currency | Exchange Rate | Payment Amount (USD) | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 12/15/2022 | $ 12,015.70 | USD | | $ 12,015.70 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 12/30/2022 | $ 12,015.70 | USD | | $ 12,015.70 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 1/13/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 1/13/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 1/31/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 1/31/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 1/31/2023 | $ 250.00 | USD | | $ 250.00 | Gift Card |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 2/15/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 2/15/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 2/28/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 2/28/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 3/15/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 3/15/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 3/31/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 3/31/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 4/14/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 4/14/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 4/28/2023 | $ 10,061.24 | USD | | $ 10,061.24 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 4/28/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 5/1/2023 | $ 8,853.26 | USD | | $ 8,853.26 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 5/1/2023 | $ 2,114.24 | USD | | $ 2,114.24 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 5/15/2023 | $ 10,199.86 | USD | | $ 10,199.86 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 5/15/2023 | $ 2,212.13 | USD | | $ 2,212.13 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 5/31/2023 | $ 11,183.67 | USD | | $ 11,183.67 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 5/31/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 6/15/2023 | $ 11,061.76 | USD | | $ 11,061.76 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 6/15/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 6/30/2023 | $ 11,020.74 | USD | | $ 11,020.74 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 6/30/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 7/14/2023 | $ 11,020.74 | USD | | $ 11,020.74 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 7/14/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 7/31/2023 | $ 11,020.74 | USD | | $ 11,020.74 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 7/31/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 8/15/2023 | $ 11,020.74 | USD | | $ 11,020.74 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 8/15/2023 | $ 2,433.38 | USD | | $ 2,433.38 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 8/31/2023 | $ 11,173.34 | USD | | $ 11,173.34 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 8/31/2023 | $ 2,191.16 | USD | | $ 2,191.16 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 9/15/2023 | $ 12,156.32 | USD | | $ 12,156.32 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 9/15/2023 | $ 630.88 | USD | | $ 630.88 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 9/29/2023 | $ 12,156.32 | USD | | $ 12,156.32 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 9/29/2023 | $ 334.27 | USD | | $ 334.27 | 401(k) Contribution |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 10/13/2023 | $ 12,156.28 | USD | | $ 12,156.28 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 10/17/2023 | $ 13,970.76 | USD | | $ 13,970.76 | Compensation |
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA, 02445 | Officer and Director of Gelesis, Inc. and Gelesis Holdings, Inc. | 10/30/2023 | $ 8,675.26 | USD | | $ 8,675.26 | Compensation |

**Gelesis, Inc. – Statement of Financial Affairs – Part 10, Section 20**

**Off-Premises Storage**

| Facility Name and Address | Names of Anyone With Access To It | Description of Contents | Does Debtor Still Have It |
|---|---|---|---|
| Centerpiece Holdings 420 Stevens Ave. #230 Solana Beach, CA 92075 | Efren Martinez emartinez@centerpiece.life Derek Dunlop derek@certerpiece.life Centerpiece Holdings 420 Stevens Ave. #230 Solana Beach, CA 92075 | POD WIP, Finished Goods, Component Inventory | Yes |

**Gelesis, Inc. – Statement of Financial Affairs – Part 13, Section 25**

**Other Business in which the Debtor Has or Had an Interest**

| Business Name and Address | Nature of the Business | EIN (*or Italian Tax Registration ID) | Dates Business Existed |
|---|---|---|---|
| Gelesis, LLC 501 Boylston Street Suite 6102, Boston MA 02116 | IP holding company; non-operating entity with no FTE. | 46-2040102 | 6/21/2012 - Present |
| Gelesis 2012, Inc. 501 Boylston Street Suite 6102, Boston MA 02116 | IP holding company; non-operating entity with no FTE. | 46-2093457 | 6/25/2012 - Present |
| Gelesis Securities Corporation 501 Boylston Street Suite 6102, Boston MA 02116 | MA security corporation established to minimize MA net worth excise tax. | 00-1549516 | 12/13/2021 - Present |
| Gelesis S.r.l. Via Europa 187 z.i., 73021 Calimera (LE), Italy | Manufacturing and R&D subsidiary in Calimera Italy | 06508451215* | 12/4/2009 - Present |
| One S.r.l. Via Tortona 25, Milano Provincia (MI), Italy | Non-operating subsidiary in Milan, Italy. Original inventor of the intellectual property used by the debtor and affiliates, continues to collect royalty payments from use of such IP. | 06508451215* | 12/1/2008 - Present |

**Gelesis, Inc. – Statement of Financial Affairs – Part 13, Section 26a**

**All Accountants and Bookkeepers who Maintained Debtor's Books and Records**

| Name | Address | Dates of Service |
|---|---|---|
| Elliot Maltz | 11 Ivy Road, Needham, MA 02492-3731 | March 2014 – August 2023 |
| Susan Fiedler | 501 Boylston Street Suite 6102, Boston, MA 02116 | May 2019 – Present |
| Wenlie Zhou | 501 Boylston Street Suite 6102, Boston, MA 02116 | April 2021 – Present |
| Jennifer Brown | 501 Boylston Street Suite 6102, Boston, MA 02116 | June 2021 – July 2023 |

**Gelesis, Inc. – Statement of Financial Affairs – Part 13, Section 28**

**Directors, Officers and Controlling Shareholders of the Debtor**

| Name | Address | Position and Nature of Any Interest | % Interest, if Any |
|---|---|---|---|
| Gelesis Holdings, Inc. | 501 Boylston Street, Suite 6102, Boston, MA  02116 | Controlling Shareholder | 100% |
| Yishai Zohar | 29 Sargent Beechwood Brookline, MA 02445 | President, Chief Executive Officer, Sole Director, Class III Director and Co-Inventor | |
| David Pass | 88 Pleasant St. S. Natick, MA 01760-5634 | Chief Operating Officer and Chief Commercial Officer | |

**Gelesis, Inc. – Statement of Financial Affairs – Part 13, Section 30**

**Value Provided to Insiders between 10/30/22 and 10/30/23**

| Name | Address | Relationship to Debtor | Dates | Salary | 401(k) Contributions | Benefits and Insurance | Expense Reimbursement (Corporate Credit Card) | Consulting Fees | Severance | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Yishai Zohar | 29 Sargent Beechwood, Brookline, MA 02445 | President, Chief Executive Officer, Sole Director, Class III Director and Co-Inventor | Various | $480,982.41 | $11,550.00 | $1,681.31 | $29,973.36 | | | **$524,187.08** |
| David Pass | 88 Pleasant St S, Natick, MA, 01760-5634 | Chief Operating Officer and Chief Commercial Officer | Various | $416,257.62 | $18,461.24 | $20,792.56 | $54,676.25 | | | **$510,187.67** |
| Elliot Maltz | 11 Ivy Road, Needham, MA, 02492-3731 | Former Chief Financial Officer, Chief Compliance Officer, Treasurer and Corporate Secretary | Various | $290,010.20 | $9,641.73 | $7,126.04 | $80,567.14 | | | **$387,345.11** |
| Elaine Chiquette | 505 Sun Forest Way, Chapel Hill, NC, 27517 | Former Chief Scientific Officer | Various | $46,466.23 | $1,615.73 | $127.86 | | | | **$48,209.82** |
| 4Med LLC | 505 Sun Forest Way, Chapel Hill, NC, 27517 | Entity owned by Elaine Chiquette | Various | | | | | $215,508.77 | | **$215,508.77** |
| Harry Leider | 1155 N. Gulfstream Ave. Unit #403, Sarasota, FL 34236 | Former Chief Medical Officer | Various | | | | | | $121,976.96 | **$121,976.96** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Gelesis, Inc. | |
| | Case No. 23-_____ (___) |
| Debtor. | |

## VERIFICATION OF CREDITOR MATRIX

The undersigned hereby verifies that the attached list of creditors is true and correct to the best of his knowledge.

Dated: October 30, 2023

 

_____

Yishai Zohar
Authorized Officer

164033936v1

916 Conseils
2 Rue Léchappé
78290 Croissy-Sur-Seine
FRANCE


Advarra, Inc.
6100 Merriweather Drive
Suite 600
Columbia, MD 21044


Aermar Srl
Piazza Umberto 54
70121 Bari
ITALY


Alessandra Bini
Via Sottocorno 2
20129 Milano
ITALY


Alessandro Sannino
Via Fiesole, 32
73010 Lecce
ITALY


Amsive Digital Inc.
915 Broadway, Suite 501
New York, NY 10010


Anthony Fodor
1621 Nassau Blvd.
Charlotte, NC 28205


Aon Consulting Inc.
P.O. Box 100137
Pasadena, CA 91189-0137


Aphena Pharma Solutions - TN LLC

1976 Chocolate Drive
Cookeville, TN 38506


Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363


Armfield, Harrison & Thomas, LLC
458 South Avenue
Whitman, MA, 02382


Autajon Packaging-Boston Corp
100 Northwest Blvd
Nashua, NH    03063


Avania USA Group, LLC
100 Crowley Drive, Suite 216
Marlborough, MA 01752


BDO USA LLP
5300 Patterson Ave SE
Suite 100
Grand Rapids, MI 49512


Boston HelpDesk
803 Summer Street
Boston, MA 02127


Box, Inc.
900 Jefferson Avenue
Redwood City, CA 94063


Brandwatch dba Runtime Collective Ltd
1st Floor, Sovereign House
Church Street
Brighton, E Sussex BN1 1UJ
UNITED KINGDOM

Burclan-Omnicom, Inc.
182 Main Street
Watertown, MA 02472


Business Wire, Inc.
P.O. Box 884182
Los Angeles, CA 90088-4182


Cardinal Health 105, Inc.
PO Box 978709
Dallas, TX 75397


Care I T Services Limited
Chilbrook, 31A Church Lane
Holybourne, Alton
Hampshire GU34 4HD
UNITED KINGDOM


Care-Safe LLC
PO Box 493
Mashpee, MA 02649


Centerpiece Holdings, LLC
440 Stevens Ave, #200
Solana Beach, CA, 92075


CFGI Holdings, LLC
1 Lincoln Street, Ste 1301
Boston, MA 02111


Chase Marketing International LLC
14B Johnson Street
Glen Cove, NY 11542


CHI America Partners LLC
72 Spring Street, 4th Floor

New York, NY 10012


Clarivate IP (US) Holdings Corporation
c/o CPA Global Limited
3133 West Frye Road, Suite 400
Chandler, AZ  85226


CMS Bridging DMCC
Unit No: 205B, JBC1
Plot No: JLT-PH1-G2A
Jumeirah Lakes Towers
Dubai, UAE


Cobalt LLP
1912 Bonita Avenue
Berkeley, CA 94704


Commonwealth of Massachusetts
Pharmaceutical Code of Conduct Program
MA Bureau of Health
Professions Licensure
250 Washington Street
Boston, MA 02108


CoverMyMeds, LLC
6535 State Highway 161
Irving, TX 75039-2402


Creative Interior Plantscapes
1 Olean Road
Burlington, MA 01803


Crown Castle Fiber LLC
1220 Augusta Drive
Suite 600
Houston, TX   77057


CSC Global

P.O. Box 7410023
Chicago, IL 60674-5023


D S Simon Productions, Inc.
229 W. 36th Street, 9th Floor
New York, NY 10018


Daniel F. Young, Incorporated
1235 Westlakes Drive, Suite 305
Berwyn, PA 19312


DCF Group LLC
29 Water Street
Suite 303
Newburyport, MA 01950


Delaware Division of Corporations
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, DE 19901


Deloitte Tax LLP
P.O. Box 844736
Dallas, TX 75284


DHL Express (USA) Inc
16592 Collections Center Drive
Chicago, IL 60693


Dillon Consulting Group LLC
220 Forbes Road
Suite 209
Braintree, MA 02184


Donnelley Financial, LLC
35 W Wacker Drive
Chicago, IL 60601

Elaine Chiquette
505 Sun Forest Way
Chapel Hill, NC 27517


Elmore Patent Law Group, PC
Attn: Jennifer Rogers
484 Groton Road
Westford, MA 01886


Food & Drug Administration
P.O. Box 979108
St. Louis, MO 63101


Frank E. Corbett, MD
9310 Swaying Branch Rd
Sarasota, FL 34241


Frank L. Greenway
376 Shady Lake Parkway
Baton Rouge, LA 70810


G & M Health LLC
3505 Lake Lynda Drive, Suite 200
Room 235
Orlando, FL 32817


Gelesis Holdings, Inc.
501 Boylston St, Suite 6102
Boston MA 02116


Gelesis LLC
501 Boylston St, Suite 6102
Boston MA 02116


Gelesis Srl
Via Europa 187 z.i.
73021 Calimera (LE)

ITALY


GTM Technologies
145 Butternut Hollow
Acton, MA 01718


Harborside Printing Company Inc.
3 Graf Road, Suite 5
Newburyport, MA 01950


Hassan Heshmati, MD
1764 West Dion Drive
Anthem, AZ 85086


HawkPartners LLC
101 Huntington Ave, Suite 2201
Boston, MA 02199


Hero Digital LLC
150 Spear Street, Suite 600
San Francisco  CA 94105


Hilton Garden Inn Lecce
Via Cosimo De Giorgi 62
Lecce   73100
ITALY


HireMinds LLC
75 State Street, Suite 100
Boston, MA 02109


ICR Opco, LLC
761 Main Avenue
Norwalk, CT 06851


Infinitely Big Inc.
9804 Cloey Drive

Wake Forest, NC 27587


Inhealth Medical Services, Inc.
1801 Century Park E, 24th Fl
Los Angeles, CA 90067


Integrated Project Management
Company, Inc.
60 North Frontage Road, Suite 300
Burr Ridge, IL 60527


IVR Technology Group LLC
65 Lawrence Bell Drive
Suite 102
Amherst, NY 14221


JonesWorks LLC
200 Park Avenue South, 8th Floor
New York, NY 10003


Jose Ordovas
6 Clearview Drive
Framingham, MA 01701


Joy Bauer Ventures Inc
c/o Creative Artists Agency
2000 Avenue of the Stars
Los Angeles, CA 90067


Joy Bauer Ventures, Inc fso Joy Bauer
Attn: Jordon Solomon
c/o Creative Artists Agency
405 Lexington Avenue, 19th Floor
New York, NY 10174


Jui Hsieh
150 Valley Street #3038
Pasadena, CA 91105

Just Packaging Inc.
450 Oak Tree Avenue
South Plainfield, NJ 07080

Ken Fujioka
2409 Montgomery Ave
Cardiff, CA 92007

KPMG LLP
Two Financial Center
60 South Street
Boston, MA, 02111

Kristine Grigoryan
142 Pine Street
Natick, MA 01760

Lauren Baker
7 Barrows Road
Shrewsbury, MA 01545

Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

Logix, Inc.
1601 Trapelo Road, Suite 230
Waltham, MA 02451

Lollipop Inc.
c/o AMD Ventures LLC
827 N Hollywood Way #363
Burbank, CA 91505

Luigi Ambrosio
Via Leopardi 28
80044 Ottaviano (NA)

ITALY


Luigi Negro
Via Atene 49
73022 Corigliano D'Otranto (LE)
ITALY


Luigi Nicolais
Via Semmola 83
80056 Ercolano (NA)
ITALY


MADASH LLC
7 Coach Road
Lexington, MA 02420


Matthew Tames
31 Chestnut Street #103
Exeter, NH 03833


MCPHS University
Attn: Kevin George
179 Longwood Avenue
Boston, MA 02115


Mercury Fulfillment Systems Inc.
35610 Mound Rd
Sterling Heights, MI 48310


MetrixLab US, Inc
1 Main Street, Suite 205
Chatham, NJ 07928


Modern Draught, LLC
58 Pulaski Street
Building D, Unit 4
Peabody, MA 01960

Morgan Stanley Domestic Holdings, Inc.
c/o Solium Plan Managers LLC
Dept 3542
PO Box 123542
Dallas, TX 75312-3542


mSix Communications, LLC
175 Greenwich Street
New York, NY 10007


NDCHealth Corp dba RelayHealth
1564 Northeast Expressway
Atlanta, GA 30329


Networking Technology, Inc dba RXNT
1449 Whitehall Rd
Annapolis, MD 21409


Nicholas Smith
38 Greenwich Park
Boston, MA 02118


North Carolina Biotechnology Center
15 T W Alexander Drive
Research Triangle Park, NC 27709


Notary & Apostille Service, Inc.
409 44th Street
Copiague, NY, 11726-1009


NYS Unemployment Insurance
P.O. Box 4301
Binghamton, NY 13902-4301


Obesity Action Coalition, Inc.
4511 N Himes Ave., Suite 250
Tampa, FL33614

Oliver Printing and Packaging, Inc.
1760 Enterprise Pkwy
Twinsburg, OH 44087


One S.R.L.
Via Tortona N. 25 - Deloitte Touche S.R.L.
Milano 20144
ITALY


OneTrust LLC
1200 Abernathy Rd, NE
Building 600, Suite 300
Atlanta, GA 30328


Optimizely Inc.
631 Howard Street
Suite 100
San Francisco, CA, 94105


Oracle America, Inc.
PO Box 203448
Dallas, TX 75320-3448


Pacific Bridge Inc.
7315 Wisconsin Ave
Ste 400W
Bethesda, MD 20814-3224


Paolo De Carlo
Via Terenzio, 12
20133 Milano
ITALY


Parexel International (IRL) Limited
One Kilmainham Square
Inchicore Road
Kilmainham, Dublin 8

IRELAND

Pasek Corporation
c/o DH Pace Company
1901 E. 119th Street
Olathe, KS 66061

PEGUS Research, Inc
331 South Rio Grande St.
Suite 100
Salt Lake City, UT 84101

Peter Turnbaugh
1607 38th Avenue
San Francisco, CA 94122

Phoenix Pharmaceutical Group Inc.
22 Hudson Road
Lexington, MA 02421

Pipeline PS, Inc.
PO Box 74008222
Chicago, IL 60674-8222

PowerApps911
dba Bold Zebras LLC
3116 W Montgomery Rd
Suite C #294
Maineville, OH 45039

PQ Health Digital Solutions, LLC
100 Crescent Rd
Needham, MA 02494

Promo Shop, Inc.
5420 McConnell Avenue
Los Angeles, CA 90066

ProPharma Group LLC
8717 W 110th Street
Suite 300
Overland Park, KS 66210


Purcell & Lefkowitz LLP
200 Park Avenue, Suite 1700
New York, NY 10166


PureTech Health LLC
6 Tide Street, Suite 400
Boston, MA 02210


PureTech Ventures, LLC
Attn: Stephen M. Muniz
6 Tide Street, Suite 400
Boston, MA 02210


Q4 Inc.
PO Box 771873
Chicago, IL 60677-1873


Qualtrics LLC
Dept # 880102
P.O. Box 29650
Phoenix, AZ 85038-9650


Questel Orbit, Inc dba Morningside
2331 Mill Road, Suite 600
Alexandria, VA 22314


Reliable Pharmaceutical Returns, LLC
1443 Donelson Pike
Nashville, TN, 37217


Roman Health Pharmacy, LLC
30-30 47th Avenue, Suite 535

Long Island City, NY  11101


Roman Health Ventures, Inc.
116 W 23rd St, FL 4
New York, NY  10011


Sabina Enoizi
Via Terenzio, 12
20133 Milano
ITALY


Salesforce.com, Inc.
P.O. Box 203141
Dallas, TX 75320-3141


SciLucent, Inc
585 Grove St.
Suite 300
Herndon, VA, 20170


Smartsheet Inc.
PO Box 123421
Dept 3421
Dallas, TX 75312


Specialty Medical Drugstore, LLC
dba GoGoMeds
525 Alexandria Pike, Suite 100
Southgate, KY 41071


Standard Retirement Services, Inc.
75 Remittance Drive
Suite 1892
Chicago, IL 60675-1892


Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981

Syneos (Gerbig) Health
Communications, Inc.
1030 Sync Street
Morrisville, NC 27560


Syneos Health US Inc.
500 Atrium Drive
Somerset, NJ 08873


Telerx Marketing Inc.
PO Box 8500-53888
Philadelphia, PA 19178


The JB Ashtin Group, Inc.
9401 General Dr Unit 100
Plymouth, MI 48170


Thomson Reuters (Tax & Accounting) Inc.
2395 Midway Road
Carrollton, TX 75006


Town Office Services, Inc.
d/b/a Town Business Systems
170 Kerry Place
Norwood, MA 02062


Trinity Partners, LLC
230 Third Avenue
Waltham, MA 02451


Trustpilot Inc
5 Penn Plaza
6th Floor
New York, NY 10001


Tushar Mahajan

251 Little Falls Drive
Wilmington, DE 19808


Two Labs, LLC
PO Box 933205
Cleveland, OH 44193


University of Alabama at Birmingham
801 5th Ave South
Room 251
Birmingham, AL 35233


University of Copenhagen
Kobenhavns Universitet
Norregade 10
1165 Kbenhavn K 01165
DENMARK


Uppsala Monitoring Centre
Bredgrand 7
Box 1051
S-751 40 Uppsala
SWEDEN


Veeva Systems, Inc.
4280 Hacienda Drive
Pleasanton, CA 94588


Viral Patel
3425 Willow Oak Road
Charlotte, NC 28204


Wolfsdorf Rosenthal LLP
1416 2nd Street
Santa Monica, CA 90401


Zhongling Zheng
15398 Mossystone Dr

Prairieville, LA 70769